| | |
|---|---|
| **DEFENDANT:** | CLIFFORD LEWIS |
| **YOB:** | 1984 |
| **COMPLAINT FILED?** | ____ Yes   __X__ No |
| **OFFENSE(S):** | Count 1: Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1) |
| **LOCATION OF OFFENSE:** | Larimer County, Colorado |
| **PENALTY:** | Count 1: NMT 10 years' imprisonment, NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment fee. If the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years' imprisonment, NMT $250,000 fine, or both; NMT 5 years' supervised release; $100 special assessment fee. |
| **AGENT:** | Luke Hitt, Special Agent, ATF |
| **AUTHORIZED BY:** | Rajiv Mohan, Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X  five days or less; __ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is not applicable to this defendant.