IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00268-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLIFFORD LEWIS,

    Defendant.

## JOINT MOTION TO RESET HEARING

The United States of America and defendant Clifford Lewis jointly submit this motion to reset the arraignment/detention/discovery hearing that is currently set for September 3, 2021 at 10:00 A.M. On the date of this filing, the parties were notified by the Court that the defendant was taken to the hospital and is expected to be admitted through the weekend and so will be unavailable for the scheduled hearing. The parties were accordingly advised to request by motion that the hearing be reset. To that end, the parties have conferred and request that the hearing be reset to September 7, 2021 at 2:00 P.M.

Dated:  September 2, 2021

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

By:  s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Rajiv.Mohan@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on September 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case:

  Laura Suelau          Laura_Suelau@fd.org

              By:  s/ *Rajiv Mohan*
              Rajiv Mohan
              Assistant U.S. Attorney
              U.S. Attorney's Office
              1801 California Street, Suite 1600
              Denver, CO 80202
              Telephone: 303-454-0100
              Fax:  303-454-0406
              E-mail:  Rajiv.Mohan@usdoj.gov