AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 SEP -1 AM 9:50

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 21-cr-00268-RBJ |
| CLIFFORD LEWIS | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **CLIFFORD LEWIS**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Date: August 11, 2021

s/ R. Villa, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 8/11/21, and the person was arrested on *(date)* 8/31/21
at *(city and state)* Fort Collins, CO.

Date: 8/31/21

*Arresting officer's signature*

ATF SA Luke Hiu
*Printed name and title*