IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     21-cr-00268-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CLIFFORD LEWIS,

        Defendant.

_____

**UNOPPOSED MOTION TO REOPEN DETENTION HEARING AND TO RELEASE MR. LEWIS PURSUANT TO TITLE 18 U.S.C. SECTION 3142(f)(2)(B)**
_____

        Mr. Clifford Lewis, by and through counsel, Laura H. Suelau, moves the Court to reopen the detention hearing in this matter and release him on conditions. Mr. Lewis respectfully requests this Court reopen the detention hearing in this matter pursuant to Title 18 United States Code Section 3142(f)(2)(B). He further requests this Court find there are conditions that will assure both Mr. Lewis's appearance in court and the safety of the community. The government, through Assistant United States Attorney Rajiv Mohan, does not object to reopening the detention hearing. Mr. Mohan and U.S. Probation Officer Angela Ledesma continue to recommend Mr. Lewis's detention.

        On August 11, 2021, the government filed a one-count Indictment against Mr. Lewis. Doc. 1. On September 9, 2021, Magistrate Judge Nina Y. Wang held a detention hearing. That hearing was recessed to determine the "appropriateness" of releasing Mr. Lewis to reside at Emmy's House and enroll in treatment at Summit Stone. Doc. 18. The Court later determined those programs constituted suitable conditions of release. However, shortly before Mr. Lewis's release hearing on September 14, 2021, the parties became aware that Mr. Lewis had an outstanding detainer in Larimer County. Doc. 20. The Court determined release was not appropriate "at this time," but noted that it may be revisited

"once the detainer is resolved." The detainer has been (or will be) resolved and Mr. Lewis asks this Court to revisit detention.

Title 18 U.S.C. Section 3142(f)(2) allows this Court to re-open a detention hearing in light of "information not known" at the time of the detention hearing that is material to the question of detention. At the time of the detention release hearing, the Court (and parties) believed that if Mr. Lewis were released, he would be brought into and remain in custody in Larimer County. Since that hearing, counsel has conferred with Mr. Lewis's counsel in each of his pending cases and obtained other material information. The Larimer County lawyers, Matthew Landers and Samantha House, reasonably believe that Mr. Lewis will be released from Larimer County if he is returned there upon his release in the instant case. Exhibit A, Letter from Matthew Landers.

First, on September 15, 2021 County Court Judge Mary Berenato set the bonds in Mr. Lewis's County Court cases as $1,500 co-personal recognizance ("co-PR") bonds. Those bonds merely require a signature. Vanessa Valois, who previously submitted a letter to this Court, assured counsel and Mr. Landers that she intends to sign each of those co-PR bonds upon Mr. Lewis's return to Larimer County. *See* Doc. 19-2.

Second, Mr. Lewis's pending District Court case in Larimer County has a $10,000 cash or surety bond. *See* Exhibit A. Mr. Lewis's family has coordinated for that bond to be posted by Christopher Ramos with Rapid Release Bail Bonds, LLC. Exhibit B, Letter from Christopher Ramos. In sum, Mr. Lewis's detainer will be resolved promptly upon his return to Larimer County.

Upon his release from Larimer County, Mr. Lewis intends to reside at Emmy's House Foundation in Ft. Collins, Colorado. Mr. Lewis will also continue his participation in Summit Stone Health Partners – participation that was suspended upon his arrest in the instant case. In addition to those conditions and other conditions imposed by this Court, Mr. Lewis will have a significant monetary bond and other conditions of bond from Larimer County.

Given this new information, this Court can and should reopen the detention hearing pursuant to Title 18 U.S.C. Section 3142(f)(2). There are conditions that will reasonably assure Mr. Lewis's appearance in Court and the safety of the community. 18 U.S.C. §3142(f).

For all of the above reasons, Mr. Lewis respectfully requests this Court reopen the detention hearing in this matter, find that there are conditions that will reasonably assure Mr. Lewis's appearance in court and the safety of the community, and grant his release on bond with the conditions that he reside at Emmy's House and enroll in a program of substance abuse testing and treatment.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ Laura H. Suelau
        LAURA H. SUELAU
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Laura_Suelau@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on October 13, 2021, I electronically filed the foregoing **MOTION TO REOPEN DETENTION HEARING AND TO RELEASE MR. LEWIS PURSUANT TO TITLE 18 U.S.C. SECTION 3142(f)(2)(B)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Rajiv Mohan, Assistant United States Attorney
    Email: Rajiv.Mohan@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Clifford Lewis (Via U.S. Mail)

                                            s/ Laura H. Suelau
                                            LAURA H. SUELAU
                                            Assistant Federal Public Defender
                                            633 17th Street, Suite 1000
                                            Denver, CO  80202
                                            Telephone:  (303) 294-7002
                                            FAX:  (303) 294-1192
                                            Laura_Suelau@fd.org
                                            Attorney for Defendant