

OFFICE OF THE STATE PUBLIC DEFENDER

MEGAN A. RING
STATE PUBLIC DEFENDER

October 12, 2021

The Honorable Judge Nina Y. Wang
U.S. Magistrate Judge
Arraj U.S. Courthouse
Denver, Colorado

Re: Clifford Lewis

Dear Judge Wang,

I am a public defender in Fort Collins that represents Mr. Clifford Lewis. My office represents him on several county court matters, as well as district court cases. In his county court cases 20T1649, 20M1595, 20M1520 and 19T2323, he is charged with lower level offenses and has Co-PR bonds in all matters, which simply require a signature from someone to be released. His good friend Vanessa, who I believe you already received a letter from, has agreed to sign those bonds for him. I contacted the Larimer County Jail to see if it was possible to have her sign those bonds here locally, to help facilitate his release. They informed me that Vanessa will be unable to post the bonds at our jail, and that the Federal Judge would have to make arrangements to allow the posting of the bond at the federal facility, or for a transport back to the Larimer County Jail to post the bonds. In addition to the county court matters, he has district court case 20CR2281 which has a $10,000 cash or surety bond, which I believe his friend Vanessa and family members have arranged to post with a bondsperson as soon as possible. He has posted his bond already in the 17CR3078 case. Therefore, in summary he is lined up to post all of his bonds out of Larimer County, but is unable to do so while he remains in the Federal Facility. I know that he is very much looking forward to doing the Emmy House sober living program, and I hope that you modify his Federal Bond so that he can in turn post his bonds here, and start at the Emmy House. Thanks you for your consideration.

Sincerely,

Matthew Landers
Sr. Deputy State Public Defender
Matthew.landers@coloradodefenders.us
970-493-1212

FORT COLLINS REGIONAL OFFICE   •   1 OLD TOWN SQUARE, SUITE 201
FORT COLLINS, COLORADO 80524
PHONE: (970) 493-1212   •   FAX: (970) 498-8867