

*24x7 Bail Bonds Serving All of Colorado*

**Rapid Release Bail Bonds – 664 Hayloft Way - Brighton, CO 80601 – (720) 988-8304**

---

To whom it may concern, I am writing this letter to inform Your Honor that I have been working with the family of Clifford Lewis. Arrangements have been made between myself and Mr. Lewis's family (co-signers) and I, to post his surety bail bond in Larimer County, Colorado. Arrangements made will include the surety (Myself) posting bail for Mr. Lewis promptly after his arrival in Larimer County Detention center. Mr. Lewis has a strong family support system, together with co-signers (his sister Denae Lewis as well as his girlfriend Vanessa Valois). Due to these factors, I am complacent bonding out Mr. Lewis after his transfer to Larimer County custody.

Thank You for your time,

Christopher A. Ramos

X_____ Date/Time: 9-29-21 4:20 p.m.

Lic.#: 403585

**Rapid Release Bail Bonds LLC**

rrbailbonds.com

Phone: (720) 988-8304

Fax: (720) 949-8744