IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-CR-00268-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**CLIFFORD LEWIS,**

        **Defendant.**

___

**DEFENDANT'S UNOPPOSED MOTION TO RESET MOTIONS DEADLINE**
___

Clifford Lewis, through his attorney, Laura H. Suelau, respectfully requests this court reset the deadline for pretrial motions from December 6 to December 8, 2021.

Counsel is traveling to Durango, Colorado December 6 and 7, 2021 for the Durango Term of Court. Therefore, she requires additional time to prepare and file Mr. Lewis' pretrial motions. The government does not oppose the requested continuance.

WHEREFORE, Mr. Lewis respectfully requests that this Court reset the deadline for pretrial motions to December 8, 2021.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ Laura H. Suelau
        LAURA H. SUELAU
        Assistant Federal Public Defender
        633 Seventeenth Street, Suite 1000
        Denver, Colorado 80202
        Telephone: (303) 294-7002
        FAX: (303) 294-1192
        laura_suelau@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2021, I electronically filed the foregoing

**DEFENDANT'S UNOPPOSED MOTION TO RESET MOTIONS DEADLINE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

> Rajiv Mohan, Assistant United States Attorney
> rajiv.mohan@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

> Mr. Clifford Lewis (U.S. Mail)

s/ Laura H. Suelau
LAURA H. SUELAU
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
laura_suelau@fd.org
Attorney for Defendant