IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-CR-00268-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**CLIFFORD LEWIS,**

       **Defendant.**

---

## DEFENDANT'S SECOND UNOPPOSED MOTION TO RESET MOTIONS DEADLINE
---

Clifford Lewis, through his attorney, Laura H. Suelau, respectfully requests this court reset the deadline for pretrial motions from December 8 to December 9, 2021 and that the government's response deadline be reset from December 20, 2021 to December 23, 2021.

As noted in her prior Motion to Reset, Doc. 31, counsel travel to Durango, Colorado December 6 and 7, 2021 for the Durango Term of Court. During the course of that travel, counsel encountered significant travel delays. Therefore, she requires additional time to prepare and file Mr. Lewis' pretrial motions. The government does not oppose the requested continuance but requests the response deadline also be continued by three total days to December 23, 2021.

/

/

/

/

/

/

WHEREFORE, Mr. Lewis respectfully requests that this Court reset the deadline for pretrial motions to December 9, 2021.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        s/ Laura H. Suelau
        LAURA H. SUELAU
        Assistant Federal Public Defender
        633 Seventeenth Street, Suite 1000
        Denver, Colorado 80202
        Telephone: (303) 294-7002
        FAX: (303) 294-1192
        laura_suelau@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2021, I electronically filed the foregoing

**DEFENDANT'S SECOND UNOPPOSED MOTION
TO RESET MOTIONS DEADLINE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Rajiv Mohan, Assistant United States Attorney
rajiv.mohan@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Clifford Lewis (U.S. Mail)

> s/ Laura H. Suelau
> LAURA H. SUELAU
> Assistant Federal Public Defender
> 633 Seventeenth Street, Suite 1000
> Denver, Colorado 80202
> Telephone: (303) 294-7002
> FAX: (303) 294-1192
> laura_suelau@fd.org
> Attorney for Defendant