# Summary Report
**Report Date:** 04/22/2021 01:19
**Activity Num:** LP21-0002877

**Loveland Police Department**
810 E 10th St
Loveland, CO 80537

## EVENT INFORMATION

**Date Reported:** 04/22/2021 13:19
**Date Occurred:** 04/22/2021 13:18 - 04/22/2021 14:04
**Status:** ARREST- ADULT
NOT APPLICABLE/NONE OF THE ABOVE

**Incident Location:** 2500 E EISENHOWER BLVD, LOVELAND, CO 80537

### Offense(s)

| Offense | Counts |
|---|---|
| 18-12-108(1): POSSESS WEAPON BY PREVIOUS OFFENDER - (F6) | 1 |
| 16-3-102: WARRANT ARREST - MISDEMEANOR | 1 |
| 16-3-102: WARRANT ARREST - MISDEMEANOR | 1 |
| 16-3-102: WARRANT ARREST - MISDEMEANOR | 1 |
| 16-3-102: WARRANT ARREST - MISDEMEANOR | 1 |
| 18-12-108(1): POSSESS WEAPON BY PREVIOUS OFFENDER - (F6) | 1 |
| 18-12-108(1): POSSESS WEAPON BY PREVIOUS OFFENDER - (F6) | 1 |
| 18-12-108(1): POSSESS WEAPON BY PREVIOUS OFFENDER - (F6) | 1 |
| 18-12-102(3): POSSESSING A DANGEROUS WEAPON - SUBSEQUENT VIOLATIONS - (F4) | 1 |
| 18-12-102(3): POSSESSING A DANGEROUS WEAPON - SUBSEQUENT VIOLATIONS - (F4) | 1 |
| 18-12-109(6): POSSESSION OF ANY EXPLOSIVE OR INCENDIARY DEVICE PARTS - EXPLOSIVES - (F4) | 1 |
| 18-12-102(3): POSSESSING A DANGEROUS WEAPON - SUBSEQUENT VIOLATIONS - (F4) | 1 |
| 18-12-102(3): POSSESSING A DANGEROUS WEAPON - SUBSEQUENT VIOLATIONS - (F4) | 1 |
| 18-12-108(1): POSSESS WEAPON BY PREVIOUS OFFENDER - (F6) | 1 |
| 42-2-138(1)(d)(I): DROVE (MOTOR/OFF-HIGHWAY) VEHICLE UPON HIGHWAY WHEN (LICENSE/ PRIVILEGE TO DRIVE) WAS RESTRAINED FOR EXPRESS CONSENT OR ALCOHOL/ DRUG RELATED OFFENSE | 1 |
| 18-18-428: POSSESSION OF DRUG PARAPHERNALIA - (DPO) | 1 |
| 18-18-403.5(2)(c): UNLAWFUL POSSESS SCHEDULE I OR II/METHAMPHETAMINE NO MORE THAN 4 GRAMS (DM1) | 1 |
| 42-3-121(1)(b): (DISPLAYED/POSSESSED/OFFERED FOR SALE) (FICTITIOUS/CANCELLED/REVOKED/ SUSPENDED/ALTERED/STOLEN) (TITLE/NUMBER PLATE/VALIDATION TAB OR STICKER) | 1 |
| 42-3-121(1)(b): (DISPLAYED/POSSESSED/OFFERED FOR SALE) (FICTITIOUS/CANCELLED/REVOKED/ SUSPENDED/ALTERED/STOLEN) (TITLE/NUMBER PLATE/VALIDATION TAB OR STICKER) | 1 |
| 18-12-106: PROHIBITED USE OF WEAPONS - (M2) | 1 |
| 18-12-102(3): POSSESSING A DANGEROUS WEAPON - SUBSEQUENT VIOLATIONS - (F4) | 1 |

## PARTICIPANTS

**Suspect (1):** Lewis, Cliff Lin    [AKA: ]

| Date of Birth | Age | Race | Sex | Ethnicity | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|
| /1984 | 36 | W | M | N | 6'00 | 200 | BRO | HAZ |

**Address:** [redacted]
**Phone:**
**Phone:**

### Offense(s)
- 16-3-102: WARRANT ARREST - MISDEMEANOR
- 18-12-102(3): POSSESSING A DANGEROUS WEAPON - SUBSEQUENT VIOLATIONS - (F4)
- 18-12-106: PROHIBITED USE OF WEAPONS - (M2)
- 18-12-108(1): POSSESS WEAPON BY PREVIOUS OFFENDER - (F6)
- 18-12-109(6): POSSESSION OF ANY EXPLOSIVE OR INCENDIARY DEVICE PARTS - EXPLOSIVES - (F4)
- 18-18-403.5(2)(c): UNLAWFUL POSSESS SCHEDULE I OR II/METHAMPHETAMINE NO MORE THAN 4 GRAMS (DM1)
- 18-18-428: POSSESSION OF DRUG PARAPHERNALIA - (DPO)
- 42-2-138(1)(d)(I): DROVE (MOTOR/OFF-HIGHWAY) VEHICLE UPON HIGHWAY WHEN (LICENSE/ PRIVILEGE TO DRIVE) WAS RESTRAINED FOR EXPRESS CONSENT OR ALCOHOL/ DRUG RELATED OFFENSE
- 42-3-121(1)(b): (DISPLAYED/POSSESSED/OFFERED FOR SALE) (FICTITIOUS/CANCELLED/REVOKED/ SUSPENDED/ALTERED/STOLEN) (TITLE/NUMBER PLATE/VALIDATION TAB OR STICKER)

**Victim (1):** society,   #Error    AKA: ]

Summary Report  
Report Date: 04/22/2021 01:19  
Activity Num: LP21-0002877  

Loveland Police Department  
810 E 10th St  
Loveland, CO 80537  

| Date of Birth | Age | Race | Sex | Ethnicity | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|

Address  

Phone  

Phone  

**Offense(s)**  
16-3-102: WARRANT ARREST - MISDEMEANOR  
18-12-102(3): POSSESSING A DANGEROUS WEAPON - SUBSEQUENT VIOLATIONS - (F4)  
18-12-106: PROHIBITED USE OF WEAPONS - (M2)  
18-12-108(1): POSSESS WEAPON BY PREVIOUS OFFENDER - (F6)  
18-12-109(6): POSSESSION OF ANY EXPLOSIVE OR INCENDIARY DEVICE PARTS - EXPLOSIVES - (F4)  
18-18-403.5(2)(c): UNLAWFUL POSSESS SCHEDULE I OR II/METHAMPHETAMINE NO MORE THAN 4 GRAMS (DM1)  
18-18-428: POSSESSION OF DRUG PARAPHERNALIA - (DPO)  
42-2-138(1)(d)(I): DROVE (MOTOR/OFF-HIGHWAY) VEHICLE UPON HIGHWAY WHEN (LICENSE/ PRIVILEGE TO DRIVE) WAS RESTRAINED FOR EXPRESS CONSENT OR ALCOHOL/ DRUG RELATED OFFENSE  
42-3-121(1)(b): (DISPLAYED/POSSESSED/OFFERED FOR SALE) (FICTITIOUS/CANCELLED/REVOKED/ SUSPENDED/ALTERED/STOLEN) (TITLE/NUMBER PLATE/VALIDATION TAB OR STICKER)  

**Organization Involved** - (1) CIRCLE K - WIL & EISENHOWER  

Address  
2500 W Eisenhower Blvd   Loveland, CO 80537  

Phone  

**Witness Of Incident (1)** PETERSEN, SARAH BETH   [AKA: ]

| Date of Birth | Age | Race | Sex | Ethnicity | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|
|  | 39 | U | F | U | 5'08 | 120 | BRO | HAZ |

Address  
Loveland CO 80538  

Phone  

Phone  

**Witness Of Incident (2)** Ritchie, kimberly Dawn   [AKA: ]

| Date of Birth | Age | Race | Sex | Ethnicity | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|
|  | 37 | U | F | U | 5'04 | 165 | BRO | BRO |

Address  
Loveland CO 80537  

Phone  

Phone  

**Witness Of Incident (3)** Grund, Kayla Marie   [AKA: ]

| Date of Birth | Age | Race | Sex | Ethnicity | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|
|  | 35 | W | F | U | 5'09 | 156 | BLN | BLU |

Address  
Loveland CO 80537  

Phone  

Phone  

**Misc. Associated Names (4)** DOEHRING, JEFF   [AKA: ]

| Date of Birth | Age | Race | Sex | Ethnicity | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|
|  | 72 | W | M | U | 5'07 | 190 | BRO | BLU |

Address  
Estes Park CO 80517  

Phone  

Phone  

## PROPERTY

| Item | Status | Quantity | Value | Model |
|---|---|---|---|---|
| 1 | SEIZED | 1 | 1 |  |

Description: misc drug paraphernalia  
Brand:  
Owner: Cliff Lewis  
Serial #:  

**DRUGS**

| Item | Status | Type | Quantity | Description |
|---|---|---|---|---|
| 1 | SEIZED | AMPHETAMINES / METHAMPHETAMINES | 4.64 GM | 4.64g of suspected Methamphetamine |

## OFFICER

Officer: Berry, Erin M LP234  
Involvement Type: Reporting  
Report Date: 04/22/2021 01:27  

## OFFICER

| | | |
|---|---|---|
| Summary Report | | Loveland Police Department |
| Report Date: 04/22/2021 01:19 | | 810 E 10th St |
| Activity Num: LP21-0002877 | | Loveland, CO 80537 |

| Officer | Involvement Type | Report Date |
|---|---|---|
| Pack, Melissa LP765 | Supplementing | 04/22/2021 06:25 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Jones, Benny LP850 | Supplementing | 04/22/2021 07:18 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Ashe, Paul LP177 | Supplementing | 04/22/2021 08:24 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Pack, Melissa LP765 | Investigating | 04/22/2021 02:43 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Corrigan, Nicholas LP208 | Reporting | 04/22/2021 01:21 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Marner, Joshua LP197 | Supplementing | 04/22/2021 01:21 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Dunlap, Evan LP213 | Supplementing | 04/22/2021 01:21 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Berry, Erin M LP234 | Supplementing | 04/22/2021 01:25 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Ashe, Paul LP177 | Supplementing | 04/22/2021 01:20 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Roberts, Matthew D LP161 | Supplementing | 04/22/2021 01:21 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Jones, Benny LP850 | Supplementing | 04/22/2021 05:34 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Marner, Joshua LP197 | Approving | 04/23/2021 12:12 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Marner, Joshua LP197 | Approving | 04/23/2021 12:13 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Marner, Joshua LP197 | Supplementing | 04/23/2021 12:14 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Hutchison, Alex LP187 | Approving | 04/23/2021 05:22 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| McAuley, Ryan LP194 | Supplementing | 04/23/2021 11:14 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Ertman, Ryan LP146 | Supplementing | 04/25/2021 06:12 |

**OFFICER**

**Summary Report**
Report Date: 04/22/2021 01:19
Activity Num: LP21-0002877

**Loveland Police Department**
810 E 10th St
Loveland, CO 80537

| Officer | Involvement Type | Report Date |
|---|---|---|
| Hutchison, Alex LP187 | Approving | 04/23/2021 05:17 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Dunlap, Evan LP213 | Reporting | 04/22/2021 01:23 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Pack, Melissa LP765 | Approving | 04/27/2021 10:26 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Musselman, Patrick J LP154 | Approving | 04/27/2021 12:55 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Musselman, Patrick J LP154 | Approving | 04/27/2021 12:55 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Musselman, Patrick J LP154 | Approving | 04/27/2021 12:56 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Musselman, Patrick J LP154 | Approving | 04/27/2021 12:58 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| McAuley, Ryan LP194 | Supplementing | 04/27/2021 03:33 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Jakobsson, Kristopher S LP151 | Approving | 04/27/2021 06:41 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Hines, Jennifer L LP134 | Supplementing | 04/28/2021 08:22 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Roberts, Matthew D LP161 | Supplementing | 04/29/2021 03:00 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Hutchison, Alex LP187 | Approving | 04/30/2021 08:50 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Jakobsson, Kristopher S LP151 | Approving | 04/30/2021 10:56 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Ertman, Ryan LP146 | Supplementing | 05/03/2021 03:23 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Pride, Rob LP96 | Approving | 05/04/2021 12:32 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Corrigan, Nicholas LP208 | Supplementing | 04/22/2021 02:36 |

**OFFICER**

| Officer | Involvement Type | Report Date |
|---|---|---|
| Hutchison, Alex LP187 | Approving | 05/21/2021 04:01 |

**RELATED CASES**

**Summary Report**
**Report Date: 04/22/2021 01:19**
**Activity Num: LP21-0002877**

**Loveland Police Department**
**810 E 10th St**
**Loveland, CO 80537**

**Summary Report**
**Report Date: 04/22/2021 01:19**
**Activity Num: LP21-0002877**

Loveland Police Department
810 E 10th St
Loveland, CO 80537

## NARRATIVE - Berry, Erin M

Body Worn Camera Video Title: **2021-04-22 1328 Lpd234**

Officer Erin Berry reporting:

On 042221 I was dispatched to Circle K, located at 2500 W Eisenhower Blvd for a report that one male pulled a gun on another male in the parking lot. Both males had left.

I arrived at 1328 hours and I spoke to the three employees that witnessed the incident. KIMBERLY RITCHIE, DOB ▮▮▮▮▮▮ SARAH PETERSON, DOB ▮▮▮▮▮▮ and KAYLA GUINEL, DOB ▮▮▮▮▮▮ all provided written statements accounting what they saw.

PETERSON assisted me in viewing the surveillance footage. The footage showed a green Dodge Durango (unreadable license plate) pulling a plywood style trailer pulling into the parking lot facing south, in the area near the carwash but not at a particular pump. About a minute later and black Nissan sedan, unreadable license plate, pulled up to the 3rd pump from the west. The black Nissan's door moved a few times but nobody exited. Then a white male, who appears to be concealing something appears from the green Dodge Durango and walks towards the black Nissan. The black Nissan begins driving, nearly striking the male walking. The male walking points an object that the employees described as a handgun at the black Nissan. The black Nissan exits the camera headed south behind the building. The male walks back to the Dodge Durango and leaves the parking lot in the same direction. I video recorded with my cell phone the security camera and sent it to Sergeant Roberts and Officer Corrigan because they were in contact with the Dodge Durango. I also logged it into evidence.

I provided the statements to Officer Nick Corrigan and I cleared the call.

## NARRATIVE - Pack, Melissa

Body Worn Camera Video Title: **2021-04-22 1431 LPD765**

Cpl CSO Pack Reporting:

On 4/22/21 at 14:15 hours, I assisted Officer Corrigan in booking with his arrestee CLIFFORD LIN LEWIS (DOB ▮▮▮▮▮▮). Thompson Valley Ambulance was evaluating LEWIS and he wanted to go to the hospital due to a stomach ache. Officer Corrigan transported LEWIS and I followed to McKee Medical Center. While at McKee I completed the booking form. After LEWIS was released Officer Corrigan transported LEWIS back to booking. I met them in booking and I completed the Proof of Service. BWC interaction captured and uploaded to evidence.com.

NFI

## NARRATIVE - Jones, Benny

Body Worn Camera Video Title: **2021-04-22 1847 LPD850**

CSO Jones reporting:

On 2021-04-22 at approximately 1734 hours I assisted Officer Corrigan with booking and transporting CLIFF LEWIS to the Larimer County Jail.

Body worn camera captured video and footage was uploaded to evidence.com

## NARRATIVE - Ashe, Paul

**Summary Report**
**Report Date: 04/22/2021 01:19**
**Activity Num: LP21-0002877**

Loveland Police Department
810 E 10th St
Loveland, CO 80537

Body Worn Camera Video Title: **2021-04-22 1339 LPD177**

On April 22, 2021 at approximately 1320 hours, I was dispatched to a weapons complaint at Circle K at 2500 West Eisenhower Boulevard in Loveland, Colorado. Dispatch stated the caller was a worker at Circle K and saw a guy driving a Green Dodge Durango pulling a trailer point a gun at another person in a black Nissan Altima. The caller stated both parties left the scene southbound on Wilson Avenue. This incident generated case number LP21-2877.

I began looking for the vehicles involved and heard Officer Evan Dunlap say over the radio he located the green Dodge Durango. I immediately began looking for the black Nissan Altima but was unable to locate it. The driver of the Altima never called in to make a report. I went to Officer Dunlap's location to see if I could assist in any manner. By the time I arrived, the male, who was later identified as CLIFFORD ELLIS DOB [redacted] was detained and Officers Josh Marner and Dunlap were searching the vehicle. Officer Marner showed me a pistol that had been disassembled, I checked the gun parts for serial numbers but was unable to locate any identifying numbers.

Officer Dunlap then located a suspicious item and showed it to Officer Marner. Based on my training and experience, I immediately recognized the item as a suspicious explosive device. I placed it on the front seat of the vehicle and immediately called for a bomb technician. Sergeant Bryan Bartness took the original call and Detective Adam Braun of the Northern Colorado Regional Bomb Squad responded to the location and took custody of the suspicious device.

Officer Dunlap and I then continued the search of the vehicle and Detective Braun assisted. A search of the vehicle locate two more pistols, one loaded semi automatic pistol and an unloaded revolver. The pistol was located by Detective Braun in the rear passenger seat within arms reach of CLIFFORD as he was driving the vehicle. The revolver was located in the back cargo compartment of the vehicle in a bag with small propane and butane bottles. I also located a short barreled shotgun with a pistol grip in the rear cargo area inside a camo shotgun scabbard. The shotgun had one shell in the magazine and one in the chamber when checked. An AR15 stripped lower receiver was also located with the buffer spring.

The search of the vehicle also located numerous different types of ammunition to include, .22, 9mm, high powered rifle rounds and 12 gauge as well as multiple magazines for the handguns. Numerous items of drug paraphernalia, methamphetamine, pills not belonging to CLIFFORD, cellular phones and his wallet were also seized. The trailer of the vehicle had multiple items of luggage in it, all those items were placed in to the Durango and the vehicle was secured and left on scene.

Officer Dunlap and I took the items seized to the Loveland Police Department where they were processed and placed in to evidence. All the pills were identified and only one single pill was identified as a controlled substance. The pill identifier sheets were given to Officer Nick Corrigan who processed CLIFFORD for his arrest. During the detailed search of the items seized, a small clear container with a gray clayish substance was located. Sergeant Ryan Ertman responded and took possession of that substance for chemical testing.

NFI

### NARRATIVE - Corrigan, Nicholas

Body Worn Camera Video Title: **2021-04-22 1325 LPD208; 2021-04-22 1454 LPD208; 2021-04-22 1553 LPD208**

Original Report - Officer Corrigan Reporting

On 042221 at approximately 13:20 hours, I responded along with several other officers to the Circle K gas station located at 2500 W Eisenhower Blvd, Loveland CO 80538, after Dispatch received a 911 call from a gas station employee who stated a male driving a late model green Dodge Durango pulling a trailer, was involved in an altercation with the driver of a black Nissan Altima. The reporting party stated the male in the Durango had a gun during the altercation. The reporting party stated both vehicles left the parking lot heading south on Wilson Ave and the male driver of the Durango was wearing a hat and glasses and had a beard.

Officer E. Dunlap located the green Durango (CO: FOB100) and trailer on 2000 block of W 8th St and contacted the driver, who had been outside of the vehicle and appeared to be looking for something in the driver's area of the vehicle. Officer Dunlap asked CLIFFORD if he had a gun and just been in an altercation at the gas station, which CLIFFORD denied. Officer Dunlap transitioned to a high-risk stop when he observed CLIFFORD reaching for his waistband area. I arrived on scene and assisted officer Dunlap and Officer J. Marner in detaining the vehicle's driver, later identified as CLIFFORD LIN LEWIS [redacted]. LEWIS was compliant during the detention and obeyed our commands. At the time of our contacting LEWIS, he was wearing grey sweat pants, a green shirt, a black and white hat and had a beard.

Dispatch advised that LEWIS had four failure to appear warrants out of Larimer County (DKT: C085202T001649; DKT:C0852020M001520; DKT: C085202M001595; DKT: C0852019T002323) as well as a non-extraditable warrant out of Nebraska. Also, Dispatch advised that LEWIS was on probation for driving under the influence at the time of his being detained and that his driver's license was revoked for felony MV/used, with eight additional active restraints including alcohol offenses. A criminal history for LEWIS revealed he is a convicted felon.

Officer E. Berry went to the Circle K gas station and procured video from the surveillance system that showed at approximately 13:18:05 hours, a green Durango pulling a trailer pulled into the gas station off of W Eisenhower Blvd and parked near the farthest

**Summary Report**
**Report Date: 04/22/2021 01:19**
**Activity Num: LP21-0002877**

Loveland Police Department
810 E 10th St
Loveland, CO 80537

west gas pump facing south with the vehicle off camera but the trailer still in the camera's view. At approximately 13:18:28 hours, a black Nissan sedan pulled into the west side of the middle pump island at the gas station from the east. At approximately 13:18:54 hours, a male wearing a dark and white hat, dark green shirt and grey pants walks into the view of the camera walking towards the black Nissan sedan with his right hand behind his back. at 13:18:57 hours, the Nissan abruptly pulls out of the gas pump area heading south west, past the male, who simultaneously raised his right hand, took a fighting stance and pointed what appeared to be a pistol at the Nissan. The male then walked off camera, back towards the Durango.

In addition to the video, two bystanders at the gas station filled out sworn statements attesting that they saw the male (LEWIS) holding a gun during the altercation. KIMBERLY RITCHIE ▮▮▮▮▮▮ wrote in a statement, "*at 1:15pm at my store at 2500 W Eisenhower Circle K I seen a Black nisson altima Leave pump 2 and almost run over a gentlemen in his late 20's early 30's pull a hand gun on the nisson. Then the man with the gun got into his Dodge durango green with a trailer on the back leave the parking lot.*"

KAYLA GRUND▮▮▮▮▮▮ wrote in a statement, "*on april-22-2021 as i was leaving from work we notice a green duregon pull into By Carwash He got out of the car. walk up to a black nissan at this point the black nissan left gas pump almost hitting the gentleman. gentleman with green truck who was holding a gun and was walking up to the black car with t he black car took off.*"

I placed LEWIS under Miranda Advisement and he told us that the person in the black Nissan, followed him from the area near his friend's house and that he did not know who he was. He said that the person drove into the parking lot at the gas station and he yelled at them and the driver revved his engine and tried to run him over.

Officer Dunlap and Officer P. Ashe searched the Durango and recovered four firearms to include a .22 LR revolver, a Glock 17 9mm pistol with an aftermarket pistol grip and aftermarket threaded barrel as well as a disassembled Glock style .22LR pistol and disassembled aftermarket pistol grip and trigger group. Also, they located a short-barreled shotgun and a lower receiver to an AR15 style rifle. The lower receiver had a type of glue similar to Bondo or JB Weld, painted over the left side of the magazine well covering any serial number. Also, the receiver had what looked like machine marks in several places that could possibly indicate the lower was altered or was what is commonly called an "80%" lower which can be purchased by individuals who would finish machining it, in order to bring up to working order. Along with the lower receiver, the officers recovered a complete AR15 bolt carrier group, buffer spring and buffer.

Officers Ashe and Dunlap also recovered three Glock magazines, a shotgun scabbard and other firearms related accessories. They also recovered ammunition to include shotgun shells, assorted rimfire ammunition, assorted pistol ammunition and rifle ammunition and several rounds of military surplus .30-06 armor piercing ammunition. Also, they recovered four homemade firearms suppressors and a book on manufacturing firearms suppressors. Also, they recovered a Bradley cutlery Company butterfly style knife with a four-inch blade. They also located what appeared to be a homemade explosive device manufactured out of a plastic tube with a large fuse coming out of the top. The device was confiscated by the Northern Colorado Bomb Squad and determined to be a type of incendiary device. In addition, the Officers recovered 4.64g of white crystalline substance they recognized as being consistent with methamphetamine. They also located a syringe with approximately 60 units of suspected heroin was located in a toothbrush holder.

I informed LEWIS he was under arrest for weapons violations and his warrants. I then placed him under Miranda Advisement. Loveland Sergeant M. Roberts asked LEWIS who the driver of the black sedan was and he said he did not know. When Sergeant Roberts asked LEWIS about the home-made explosive, LEWIS claimed it was a firework that me purchased in Wyoming. He also told us that there were other people's belongings in the vehicle and that he did not know about any firearms or suppressors. When Detective Roberts asked if LEWIS had been to prison and he said yes.

When I told LEWIS to take a seat in my patrol vehicle so I could transport him to the police department, he began to feign having stomach pains and acting like he was nauseous. He also stated he was claustrophobic and that he did not want to be seat belted. While enroot to the Loveland Police Station, LEWIS said he was very sick. I asked Dispatch to have an ambulance crew meet us at the police department to examine LEWIS. Fire and EMS personnel examined LEWIS at approximately 14:10 hours while in the Loveland Police Department (LPD) booking area. The EMS captain on scene suggested that LEWIS be given a jail medical clearance at a hospital out of an abundance of precaution. I transported LEWIS to the McKee Medical Center at approximately 14:30 hours. He was examined by Doctor I. Rule MD and was given a "G1 cocktail, Motrin and Zofran" for his stomach pain.

While LEWIS was being examined by medical staff, I observed that he had several tattoos on his abdomen. I observed two swastika tattoos, one each on each side of his abdomen. I also observed the word "Soldier" tattooed along his belt line on his belly, below the swastikas. LEWIS also had several tattoos on his hands, arms, head and above his ears. He also stated he had tattoos on his legs, that I did not observe.

Loveland Officers J. Hines and R. McAuley questioned LEWIS at the hospital. They asked him if he claimed affiliation with any gangs. He did not give specifics but said he affiliated with white supremist prison gangs while in prison. He said that the shotgun in his vehicle belonged to his brother "Jack Lewis". He restated his claim that the explosive devise recovered from his vehicle was a firework bought from Wyoming but he would not elaborate where he bought it. He also stated that he was a welder by trade. I pointed out that it seemed more than coincidental that he was a welder and, in his vehicle, we located four homemade suppressors and a book on manufacturing suppressors. At that point, he stated he would not talk with us further without his attorney present.

After LEWIS was medically cleared at the hospital I transported him back to the police department to be booked. While in booking, Officer Dunlap informed me that the year validation tab sticker on LEWIS's Durango's license plate showed as belonging to another vehicle. He also told me the license plate on the trailer belonged to another vehicle, not owned by LEWIS.

**Summary Report**
**Report Date: 04/22/2021 01:19**
**Activity Num: LP21-0002877**

Loveland Police Department
810 E 10th St
Loveland, CO 80537

After LEWIS was booked at the police department, he was transported to the Larimer County Detention center by Community Service Officer B. Jones.

Please refer to Officers Ashe, Dunlap, Marner, Berry and Sergeant Roberts' reports for further information regarding the initial contact with LEWIS and with the eye witnesses at the gas station. Please revere to Loveland Sergeant R. Ertman's report regarding information about the explosive device recovered from the Durango.

I uploaded the surveillance footage of the incident from the Circle K gas station into ADAMS under this case number. I also submitted photographs of LEWIS's hat, a neck knife, lighter and the butterfly knife into Adams under this case number.

Of note, in November of 2020, LEWIS was arrested and charged with several drug and weapons charges, to include being a previous offender in possession of a weapon and being in possession of a dangerous weapon. the court case number for that incident is 2020CR2281.

ADULT ARREST

## NARRATIVE - Marner, Joshua

Body Worn Camera Video Title: **042221 1323 LPD197**

On April 22, 2021 at approximately 1320 hours, I was dispatched to a weapons complaint at Circle K at 2500 West Eisenhower Boulevard in Loveland, Colorado. Dispatch stated the caller was a worker at Circle K and saw a guy driving a Green Dodge Durango pulling a trailer point a gun at another person in a black Nissan Altima. The caller stated both parties left the scene southbound on Wilson Avenue.

I began looking for the vehicles involved and heard Officer Evan Dunlap say over the radio he located the green Dodge Durango. I immediately began looking for the black Nissan Altima but was unable to locate it. The driver of the Altima never called in to make a report. When I arrived a saw a male standing at the back of the trailer. The male was later identified as CLIFFORD ELLIS DOB ███████. Officer Dunlap, Officer Nick Corrigan and I did a high risk traffic stop, however I did not aim my weapon at ELLIS due to his level of cooperation. ELLIS complied with orders to keep his hands up and come back towards our marked Police vehicles. ELLIS was detained and Officer Dunlap and I began to search the vehicle. I found a disassembled pistol that had a tan handle. I also found a black slide, Officer Paul Ashe checked the gun parts for serial numbers but was unable to locate any identifying numbers.

Officer Dunlap then located a suspicious item and showed it to me. Based on my training and experience, I immediately recognized the item as a possible explosive device. I told the other officers on scene and Officer Ashe called for a Bomb Squad consult. At this time I left the scene to continue to handle calls.

No further information.

## NARRATIVE - McAuley, Ryan

Body Worn Camera Video Title: **2021-04-22 1702 LPD194**

Officer Ryan McAuley reporting:

On 042221, Officer Jennifer Hines told me she was on her way to McKee Medical Center, located at 2000 N. Boise Ave, to interview a suspect in a weapons case. I learned from Officer Hines the suspect was in custody for felony menacing and multiple firearms were located in his vehicle by other officers. I learned the suspect was in possession of several pistols, a sawed off shotgun and some type of homemade explosive device. Officer Hines also told me the male was previously documented gang member. Officer Hines and I met with the male in a hospital room and Officer Nicholas Corrigan told he he had already been advised of his Miranda rights.

Officer Hines spoke with the male and asked about his prison tattoos that he stated were mostly from prison. I took two photographs of his stomach and arm tattoos and forwarded then to Officer Hines to document. Officer Hines then asked about the items and firearms that were located in the vehicle. I asked the male about the sawed off shotgun that was located in the vehicle and he told me it belonged to his brother, "Jack Lewis." The male also said the shotgun was stock from the store when it was purchased.

As we were talking to the male, he told us he did not wish to answer any further questions without his attorney. No further question were asked after this point.

This concludes my involvement in this case.

NFI

| Summary Report<br>Report Date: 04/22/2021 01:19<br>Activity Num: LP21-0002877 | Loveland Police Department<br>810 E 10th St<br>Loveland, CO 80537 |
|---|---|

## NARRATIVE - Ertman, Ryan

Body Worn Camera Video Title: **N/A**

On 042221 at approximately 1530 hours, I was off duty, monitoring a Bomb Squad callout where Detective Adam Braun was primary. He responded out and took custody of a suspected explosive device from a vehicle involved in a menacing call. Because of the hazardous nature of the item, it was not able to be booked into evidence. Det. Braun and I responded to the Northern Colorado Bomb Squad Range at the Larimer County Landfill to render the device safe and to secure it for further processing and examination by the ATF.

Upon my arrival, Det. Braun had already rendered the device safe and separated the fuse, the container, and the suspected explosive material. We conducted a flash test on a small amount of the material and found that it was incredibly energetic. So much so that it surprised both of us and caused me to move my phone while I was videotaping the result. I contacted Becca Sauerhaft with the ATF and explained my findings. ATF SA Stephen Shelley and ATF SA Luke Hitt agreed to meet me up at the range on 042321 to examine the item. I secured the items in our Conex box at the range with a lock that only I had the key. While on my way home, I was sent a photo of a material that was recovered from the suspect's belongings. It looked similar to the material found in the device so I responded to the PD to examine it. I collected the material to show the ATF and to secure for disposal if necessary.

On 042321 I met SAs Hitt and Shelley at the bomb range. I showed them the solid material located after the fact as well as the components of the device. After evaluating the contents and the basics of the case, it was determined the ATF did not want to take the case Federally regarding the explosive device. The solid material was determined to be a cylindrical block of epoxy. We discussed testing and they agreed to assist me with having the ATF test the energetic material once I collected samples. I contacted SA Elizabeth Simmons with the FBI and explained what we had as well. It was decided that State charges were best in this case.

On 042521 I returned to duty and responded to the Bomb Range to sample the material as well as the fuse. I weighed the plastic bag with the material (minus the weight of the bag) and noted that the material weighed 11.5 grams. I cut two small pieces of the fuse and placed them in bottles for storage and testing. I collected a small amount of the material and put it in two vials for testing. I left the fuse, the container, and the energetic material in the Conex until I could discuss the case with Office Nick Corrigan and Criminalist Stephanie Jackson. The container and the fuse are covered with the very fine material and thus deemed a hazard for storage.

I booked all the vials into evidence as well as the suspected epoxy. When the rest of the items are clear for destruction, we will dispose of them. I have uploaded all of the photos into the ADAMS system.

No further information

## NARRATIVE - Dunlap, Evan

Body Worn Camera Video Title: **2021-04-22 1324 LPD213**

Officer Evan Dunlap reporting:

On 04/22/21, at approximately 1319 hours, I responded to the area of Circle K gas station at 2500 W Eisenhower Blvd for a Weapons Complaint call involving a driver of a green Dodge Durango with a trailer involved in an altercation with the driver of a black Nissan Altima. The reporting party told Dispatch the driver of the Durango had a gun and the driver of the Nissan Altima had almost run over the driver of the Durango. The Durango was last seen driving southbound on N Wilson Ave. The reporting party also stated the driver of the Durango was the only occupant of the vehicle. The driver of the Durango with gun was described as "younger" with a beard, and wearing a hat and glasses.

I responded to the general area and located a green Dodge Durango (CO#FOB100) with an attached trailer (CO#FOM087) in the 2000 block of W 8th St. The Durango was parked on the shoulder of the roadway next to the river. I observed a male, later identified as CLIFFORD LEWIS (DOB: ), standing next to the Durango, and digging in the driver's seat area. I radioed I located the vehicle and pulled behind the trailer. I put on my rear emergency lights. I opened up my door, and stood outside my vehicle. LEWIS turned around and I directed him to step away from the vehicle and walk towards the rear of the trailer. LEWIS matched the description of the male that had a gun. I asked LEWIS if he had a gun and he said no. LEWIS quickly lifted up his shirt and I did not see a gun; however, it was took quick and too far away to assess if he had a gun in his possession. I asked LEWIS if he had been in an altercation at the Diamond Shamrock (Circle K) and he said no. Officer Joshua Marner and Officer Nicholas Corrigan arrived shortly after. I started to give commands to LEWIS, asking him to put his hands on top his head, turn around, and spread his feet. LEWIS had reached for his waist band. I had my handgun at the low ready and told LEWIS to not reach for his waist band. LEWIS complied with all of my commands. Officer Corrigan detained LEWIS and put him in handcuffs. LEWIS said he was alone and there was no one else in the vehicle. Myself and the other officers cleared the vehicle, and did not observe any one inside. LEWIS was placed in the back of Officer Corrigan's vehicle. LEWIS asked if he was under arrest and he was advised that he was not.

I looked underneath the driver's seat, and in the driver's immediate reach and did not see a gun in plain view. Officer Erin Berry went to the gas station and sent a video clip to Sergeant Matthew Roberts. I observed the video and saw LEWIS' vehicle with the

**Summary Report**  
**Report Date: 04/22/2021 01:19**  
**Activity Num: LP21-0002877**

Loveland Police Department  
810 E 10th St  
Loveland, CO 80537

trailer park to the side of the gas pumps. A black Nissan Altima (unknown license plate) pulls up next to a gas pump. LEWIS can been seen walking across from the area of his vehicle towards the Nissan Altima with his hands behind his back. The Nissan started to quickly drive away, and LEWIS raised what appeared to be a gun in his right hand. LEWIS took a gun fighting stance and kept the gun pointed at the vehicle.

While I viewed the video, Officer Corrigan was speaking with LEWIS. I requested a criminal history from Dispatch, and later advised me LEWIS was a convicted felon. I was also later advised LEWIS had four CIJIS warrants for his arrest. Officer Marner and I started a search of the Durango. I located a black box next to the driver's seat, in between the seat and the door area. Inside the box, there was a lower receiver to a tan handgun, similar to a Glock. There was no serial number. In the box, there were also parts to insert a trigger. Officer Marner located a slide to a 9mm Glock pistol. As I continued to search, I located various drug paraphernalia related to methamphetamine and heroin use, which included a glass pipe, plastic baggies with residue, needle caps, spoons, etc. I also located numerous ammunition for various calibers, including .22, and 9mm. In the center console next to some ammunition, I found a plastic bag containing small red fireworks that looks like Black Cats. I also found a suspicious explosive device which was a tube with tape and a wick coming from the top. I provided the suspicious device to Officer Marner, who gave it to Officer Paul Ashe. Officer Ashe recognized the suspicious item as a possible incendiary device and requested the Northern Colorado Bomb Squad for assistance. Officers stopped the search of the vehicle due to locating the possible incendiary device.

While waiting for a bomb squad technician to respond, I heard LEWIS banging and yelling in the back seat of Officer Corrigan's patrol vehicle. He stated he was overheating and could not breathe. Sgt. Roberts rolled down the window for LEWIS and I turned off the heat. Officer Corrigan and I later attended to LEWIS again, and he said the handcuffs were too tight. Officer Corrigan and I checked the handcuffs for tightness, and I saw the left handcuff was a little tight. Officer Corrigan readjusted the handcuff. LEWIS requested medical treatment. LEWIS was transported to the Loveland Police Department and Officer Corrigan requested an ambulance to evaluated LEWIS.

I looked at the CCIC returns for the license plates on the Durango and trailer. The Durango showed in CCIC that the plates expired in 2020; however, there was a year validation sticker of 2021 with a different license plate number. I seized the license plate on the Durango. Officer Ashe checked the VIN on the trailer and compared it to the license plate and they were also different. The VIN on the trailer was clear. I attempted to contact the owner of plate attached to the trailer, JEFF DOEHRING (DOB); however he did not answer his phone. I requested a Larimer County Sheriff's Office Deputy to respond to his address in Estes Park, but never heard back. I later seized the plate on the trailer.

Northern Colorado Regional Bomb Squad Technician, Detective Adam Braun, arrived on scene and took custody of the possible incendiary device. Officer Ashe and I continued to search the vehicle, with assistance from Detective Braun. During the search of the vehicle, we located more ammunition, including shotgun shells, Glock 9mm handgun magazines, a loaded Glock 9mm pistol, a Glock 9mm barrel, a lower receiver for an AR-15 rifle, a buffer spring and a bolt carrier group for an AR-15, several suspected silencers and a book about how to make silencers for various caliber guns, pill bottles with various pills not prescribed to LEWIS, small amount of methamphetamine, an unloaded .22 revolver, an unloaded short barreled shotgun with a pistol grip, two cellular phones, and a wallet with a Maryland identification card belonging to LEWIS. There many different knives in the vehicle, including a butterfly knife. A handgun holster was attached to a belt loop on a pair of jeans in the back of the vehicle. Gun cleaning supplies were also found in the back cargo area. The ammunition, guns, gun parts, drug paraphernalia, pills, methamphetamines', cell phones, and wallet were seized.

Officer Ashe and I took all of the items from the trailer and secured it in the Durango before leaving. We booked the seized items into evidence at the Loveland Police Department. I weighed the methamphetamine, which was totaled to 3.94 and 0.90 grams. I tested the suspected methamphetamine using a NIK test, and it was presumptive positive. While in evidence, I found a loaded syringe stored in a toothbrush container with suspected liquid heroin inside. I did not test the substance. I did take a photo of the syringe, and it appeared to be 60 units. When I packaged the syringe, some of the liquid seeped through the cap and spilled inside the sharps container. All of the pills were identified, but only one was considered a controlled substance. I searched a camouflaged bag and found and a clear plastic tube with a unknown gray clay like substance inside. Loveland Police Sergeant Ryan Ertman with the bomb squad responded to evidence area and took possession of the substance.

I uploaded the pictures I took into Adams Foray. This concluded my involvement in this case.

## NARRATIVE - McAuley, Ryan

Body Worn Camera Video Title: **NONE**

Officer Ryan McAuley reporting:

On 042721, I submitted an online ATF eTrace request reference this case. The eTrace request was for LPD Item #001 #002, and #003. Once I receive the results of the eTrace, I will place a copy into the case file. I have no further involvement in this case.

## NARRATIVE - Hines, Jennifer L

**Summary Report**
**Report Date: 04/22/2021 01:19**
**Activity Num: LP21-0002877**

**Loveland Police Department**
**810 E 10th St**
**Loveland, CO 80537**

Body Worn Camera Video Title: **2021-04-22 1703 LPD134**

Officer J. Hines reporting:

On 042221 at approximately 1540 hours, I received a phone call from Officer N. Corrigan about a weapons call he was on. Officer Corrigan told me he arrested CLIFFORD LEWIS, DOB 091884 on various weapon violations. Officer Corrigan told me LEWIS, a prior convicted felon, was in possession of a sawed off shotgun, two hand guns, four homemade suppressors and a possible incendiary device.

Officer Corrigan told me he was with LEWIS at McKee Medical Center and I responded to his location to talk to him and look at LEWIS' criminal history.

Officer Corrigan told me Officer E. Dunlap was at the Loveland Police Department (LPD) logging evidence from LEWIS' vehicle and he found some unknown pills. After reviewing LEWIS' criminal history I responded to LPD to look at the evidence Officer Dunlap had. It was determined the majority of the pills in LEWIS' property were not controlled substances.

I went back to MMC with Officer McAuley to see if LEWIS would speak to me about any of the weapons he had, and about his status of being a gang member. Officer Corrigan told me he had already advised LEWIS of his Miranda Rights.

I asked LEWIS if I could talk to him for a minute and he said I could. I introduced myself and Officer McAuley to LEWIS. I asked LEWIS about his tattoos and what they stood for but he told me he didn't know. LEWIS told me I could see his tattoos if I asked nicely, and when I did he showed me the swastikas on his abdomen. I asked LEWIS if he had been read his Miranda Rights and he said he had. I asked LEWIS about the weapons that were found in his vehicle, a couple of suppressors, a sawed off shot gun, and a couple of handguns and he said, "What about them?" I asked LEWIS if they were all his and he said, "I don't know." LEWIS told me he did not make the suppressors, but knew they were in his car. LEWIS told me at this time he was living in his car, and he was supposed to start a job doing welding soon. LEWIS said he did not know how the weapons got in his vehicle. LEWIS told me not all of the belongings in his vehicle are his, some belong to his girlfriend and some belong to a friend of his.

LEWIS did not admit to having any gang affiliation when he was in prison, when I asked what the swastikas were for he told me it was stuff he used to be into. LEWIS said it was "stupid beliefs" and it had been a while since he had been into them. I asked LEWIS if he came out of the Maryland Department of Corrections documented as a gang member and he told me he did, but he did not know what gang, then said "White Supremacist but I don't think they had me in a gang".

LEWIS said a friend of his "Ryan something" had some belongings in his car also. I asked LEWIS if any of his DNA will be on the guns and he said, "I don't know". I said, "you had one in your hand today right?" and LEWIS replied, "I don't know, possibly." I asked LEWIS if he made the incendiary device and he said "no." LEWIS said as far as he knew it was factory made.

Officer McAuley asked LEWIS about the shotgun and he said it was his brothers, Jack Lewis. LEWIS said his brother left it in his car when they went to the mountains. LEWIS said the shotgun was not altered and it came that way from the store. Officer McAuley asked about other guns in LEWIS' vehicle and specifically mentioned a .22 pistol and LEWIS said, "a slide to one, it trades out on the fucking same one." Officer Corrigan talked about the gun that was taken apart, a tan pistol grip and the slide was off of it. LEWIS said, "No, that's just, something else." Officer Corrigan asked LEWIS if the book on how to make suppressors was his and he said he did not know. Officer Corrigan pointed out that a guy with a background in welding could probably use a book like that and LEWIS said he doesn't do that stuff because it is illegal. I asked LEWIS about the welding on the pipe bomb, and he said "There isn't any welding on that thing it's fucking plastic." LEWIS said he was shown a picture of the pipe bomb and it was a firework. LEWIS said he bought in Wyoming, it was in a box with some old fireworks.

LEWIS did not want to answer any more questions until he talked to a lawyer so we ended the interview.

I talked to Colorado Department of Corrections and was told in 2018 when LEWIS was transferred to Colorado on parole he was documented as a Aryan Brotherhood and Supreme White Power gang member.

This concludes my involvement in this case.

NFI/

**NARRATIVE - Roberts, Matthew D**

Case 1:21-cr-00268-RBJ   Document 36-1   Filed 12/23/21   USDC Colorado   Page 13 of 14

**Summary Report**
**Report Date: 04/22/2021 01:19**
**Activity Num: LP21-0002877**

**Loveland Police Department**
**810 E 10th St**
**Loveland, CO 80537**

Body Worn Camera Video Title: 2021-04-22 1329 LPD161; 2021-04-22 1345 LPD161

Sergeant Matt Roberts reporting:

On April 22, 2021, at approximately 1321hrs, I responded to 2000 W. 8th St. to back-up other officers. We had received a report of a male in a Green Durango pulling a trailer who pointed a gun at another person in a black Nissan Altima. This occurred at the Circle K, 2500 W. Eisenhower Blvd. and Officer Evan Dunlap located the suspect vehicle on 8th St.

When I arrived, I observed three patrol cars behind the suspect car in what appeared to be a high-risk traffic stop. I learned the suspect, CLIFFORD LEWIS, had been detained without incident. LEWIS had arrest warrants as well.

Officer Erin Berry responded to the Circle K and watched the surveillance video which appeared to show LEWIS pointing a gun at the Nissan Altima. Officer Berry was able to forward a copy of the video and I could clearly tell that LEWIS was the suspect and pointed a gun at an unknown person. The victim was never located.

Speaking with officers on scene, we decided to frisk LEWIS and the vehicle for the weapons. LEWIS was handcuffed in the back of Officer Nick Corrgian's police car. I asked LEWIS if he had been to prison and stated he had and asked what that had to do with anything. I then explained that we were pulling him out of the patrol vehicle to frisk him and we were going to frisk his vehicle. LEWIS was upset that we were doing that and explained he had lots of people's property in his car and did not know what was in there. LEWIS explained that we did not have the right to do that. As I tried to explain to him what we were doing he interrupted me. As I was explaining the information about the gun, LEWIS interrupted me and said he did not have a gun but a cell phone in his hand. He explained he was talking to a friend trying to figure out who was following him.

Based on LEWIS'S constant questions, I asked Officer Nick Corrigan to read him Miranda warnings. LEWIS asked what being a felon had to do with anything and I explained if he was a convicted felon than he could not be in possession of a firearm. Officer Corrigan read Miranda from the back of Colorado Peace Officer's handbook (blue book). I stepped away to listen to the radio while Officer Corrigan finished miranda and later learned LEWIS'S waived.

As officers frisked the vehicle they quickly located pieces of a firearm and a device they suspected was an explosive device. Officer Paul Ashe called the bomb squad and we stopped searching until they arrived.

We received an emergency in progress call at another location so I attempted to clear and respond to that. That call cleared out as false prior to my leaving. I had turned my camera off while attempting to leave and reactivated it once I got out of my vehicle.

I showed LEWIS the surveillance video from the incident in question on my cellular telephone. LEWIS acknowledged he was the man in the green Dodge Durango pulling a trailer. He indicated the other subject we discussed following him was the black Nissan Altima that pulled up to a pump in the video. LEWIS confirmed that he had no idea who was in the car and explained he approached the car because it had been following him from his friend's house. I played the section where he walked towards the car with something in his hand behind his back and then pointed the gun shaped object at the Altima. LEWIS originally said it was a cell phone and then corrected he didn't know what it was. I asked LEWIS if he was into some bad stuff and he denied it. LEWIS then explained how the male turned around towards him and yelled at LEWIS to stay away from his house. I made a statement that LEWIS wouldn't have approached the car with a gun without feeling threatened and LEWIS explained the other party was following him.

I asked LEWIS to describe the male and he said mid 30's, wearing a beanie and camouflage clothing. LEWIS was evasive on which friend's house he was driving from and eventually described the trailer park at 1212 Butte Rd. His friend's name was MIKE ALLEN.

LEWIS asked about calling his girlfriend as he had dropped her off as Jax across the street from Circle K. LEWIS seemed to be misleading on this as well. His entire story appeared to not match and it was my opinion that he was covering up something about what lead up to the altercation at Circle K.

I left the scene while officers on scene waited for the bomb squad.

I was wearing my body worn camera, it was activated, and I later uploaded the video to www.Evidence.com.

EOR

**NARRATIVE - Ertman, Ryan**

**Summary Report**
**Report Date: 04/22/2021 01:19**
**Activity Num: LP21-0002877**

**Loveland Police Department**
**810 E 10th St**
**Loveland, CO 80537**

Body Worn Camera Video Title: **N/A**

On 042821 I responded to the Northern Colorado Bomb Squad Range to retrieve the evidentiary items mentioned in my previous report. I had spoken to Criminalist Yoder regarding storing the container and fuse. She provided her approval and direction for packaging. I left the energetic material in the secured Conex to be disposed of when appropriate. I booked the container with residue and the fuse into evidence.

No further information.

## NARRATIVE - Corrigan, Nicholas

Body Worn Camera Video Title: **NONE**

Supplemental Report - Officer Corrigan Reporting

On 052121, I reviewed my initial report for this case with my supervisor and I observed several points in my report that require clarification.

In the seventh paragraph of my report narrative, I state in the first sentence, "I placed LEWIS under Miranda Advisement" and then elaborate on statements that he made to me. I then in the 10th paragraph of my narrative in the second sentence state, "I then placed him under Miranda Advisement." To clarify, I did not place LEWIS under Miranda Advisement twice. As a course of normal action, I cut and pasted the narrative from my arrest affidavit into my report when I first began writing my report. I do this to as a course of normalcy to avoid missing something in my report in an attempt to avid having discrepancies between my affidavit and my report. In this instance, while expounding on the information from my affidavit in my report, I failed to recognize that I put the information concerning Miranda Advisement in the report twice. This was done in error.

In my arrest affidavit I stated in the seventh paragraph that I placed LEWIS under Miranda Advisement in an effort to provide the required minimal facts required to demonstrate my probable cause for my arrest of LEWIS to include with his booking paperwork. As stated above, I normally include much of my affidavits in my initial case reports to ensure I do not miss anything or exclude pertinent facts in my reports. In this instance, I expounded on the facts in my affidavit in my report, to include my interactions with, Mirandizing and questioning of LEWIS but failed to ensure that I removed redundant information from the narrative that could confuse a reader. My body worn camera recorded my interactions with LEWIS and shows that I only Mirandized him once.

Also, during my initial involvement with this case, I arrived on scene to assist Officers E. Dunlap and J. Marner who were conducting a high risk traffic stop of the LEWIS and his vehicle. I failed to illustrate in my initial report that I employed my issued service pistol briefly upon exiting my patrol vehicle when I arrived on scene. Officer Dunlap requested that I handcuff LEWIS when they had him walk to our location at our vehicles. I then holstered my weapon and placed LEWIS in handcuffs and placed him in my patrol vehicle. Once LEWIS was detained in my vehicle, I then re-employed my service pistol and assisted Officers Dunlap and Marner in clearing the vehicle. At no time did I aim my weapon at LEWIS, and only briefly employed my pistol prior to LEWIS being detained in my vehicle.

Also, my body worn camera footage will show that at one point I muted my camera to discuss tactics with the other and the facts of our initial contact with the other Officers on scene. During this time, we discussed which officer was taking the lead on the investigation. I forgot to narrate why I was muting my camera prior to muting it. Also, I had an interaction with LEWIS for the last few minutes of this time frame and forgot to unmute my camera until approximately 36:11.

In addition, at There are several portions of my body worn camera footage while at the McKee Medical Center with where I muted my camera while I was not in direct contact with LEWIS. I did so to avoid capturing any conversations by hospital staff or patients who were not involved with LEWIS. During these muted episodes, I forgot to narrate that I was muting for reasons of by stander privacy.

Supplemental Report