## Conventionally Submitted Materials

Criminal Case No. 21-cr-000268-RBJ

UNITED STATES OF AMERICA,

Plaintiff,

v.

CLIFFORD LEWIS,

Defendant.

# Flash Drive With:

# Exhibit 2 – Body-Cam Footage of Officer Dunlap

# Exhibit 3 – Body-Cam Footage of Officer Corrigan

# Exhibit 4 – Body-Cam Footage of Officer Berry