IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-CR-00268-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**CLIFFORD LEWIS,**

       **Defendant.**

---

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY OR SUPPLEMENT TO MOTION TO SUPPRESS

---

Clifford Lewis, through his attorney, Laura H. Suelau, respectfully seeks leave to file a Reply to the government's Response to his Motion to Suppress and potentially Supplement his Motion to Suppress. Docs. 35 and 36. Mr. Lewis further requests to file his Reply or Supplement on or before January 10, 2022.[1] The government does not oppose this request.

In support of this Motion Mr. Lewis states:

1. On December 15, 2021, six days after the filing of the Motion to Suppress, and over three months after they were ordered to provide discovery to Mr. Lewis, the government provided Mr. Lewis with 14 additional videos. *See* Doc. 14 ("Unless otherwise specified in this Discovery Order, the government on or before September 7, 2021, shall disclose those materials that are on that date in the possession of the attorney for the government and are subject to disclosure under the provisions of Rule 16.").

---

[1] January 6, 2022 is 14 days after the filing of the government's Response. However, for the reasons outlined in the instant motion, counsel requires two additional days to prepare and file the requested Reply or Supplement.

2. Each of the 14 videos discovered on December 15 are from April 22, 2021 and relate to the illegal seizure of Mr. Lewis that is the subject of his Motion to Suppress. The videos range from over three hours to a few minutes in length and total several hours.

3. Counsel has conducted a preliminary review of those videos, but she must conduct a more in-depth review and determine if and how they may impact the arguments raised in the Motion to Suppress. Thereafter, she can reply to the government's Response to the Motion to Suppress, and, if necessary, supplement the Motion to Suppress.

4. Although a Reply to a Response may aid the Court in rendering a decision on a Motion to Suppress in any case, it is particularly critical in this case where Mr. Lewis did not have the benefit of all of the discovery at the time of filing his Motion to Suppress. Moreover, it is clear from their Response that the government relied on videos contained in the late-disclosed discovery.

5. A Motions hearing is scheduled for January 28, 2022 at 9AM.

WHEREFORE, Mr. Lewis respectfully requests that this Court give leave for Mr. Lewis to Reply and/or Supplement his Motion to Suppress, as appropriate. He further requests the deadline for that filing be January 10, 2022.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ Laura H. Suelau
LAURA H. SUELAU
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
laura_suelau@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2021, I electronically filed the foregoing

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
REPLY OR SUPPLEMENT TO MOTION TO SUPPRESS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>Rajiv Mohan, Assistant United States Attorney
>rajiv.mohan@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

>Mr. Clifford Lewis (U.S. Mail)

>s/ Laura H. Suelau
>LAURA H. SUELAU
>Assistant Federal Public Defender
>633 Seventeenth Street, Suite 1000
>Denver, Colorado 80202
>Telephone: (303) 294-7002
>FAX: (303) 294-1192
>laura_suelau@fd.org
>Attorney for Defendant