IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-CR-00268-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**CLIFFORD LEWIS,**

        **Defendant.**

---

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE
DEADLINE FOR REPLY TO RESPONSE TO MOTION TO SUPPRESS**

---

Clifford Lewis, through his attorney, Laura H. Suelau, respectfully seeks three additional days to file a Reply to the government's Response to his Motion to Suppress. Docs. 35 and 36. The government does not oppose this request.

In support of this Motion Mr. Lewis states:

1. Mr. Lewis previously requested until on or before January 10, 2022 to file a reply to the government's response to his Motion to Suppress. Docs. 38-9.

2. On December 27, 2021, the government conventionally submitted Exhibits 1, 2, and 3 to their response. Doc. 37. Counsel for Mr. Lewis understood the Certificate of Service in the government's response to state that those conventionally submitted Exhibits would be served to her. Doc. 36. However, she did not receive those exhibits until January 10, 2022.[1]

---

[1] The government believed that producing the videos in discovery was sufficient service. Counsel disagrees. None of the 40 videos produced in discovery were marked "Exhibit 1, 2, and 3." Nor were the body-worn cameras of specific officers are labeled accordingly (e.g. "Officer Corrigan body-cam"). Instead, the 40 videos provided are labeled by bates-number (e.g. INV_XXX). The placeholders and discovery index provided likewise do not specifically describe the videos such that counsel might be able to determine which video would be "Exhibit 1, Officer Dunlap's body-cam footage." Instead, in

3. On January 10, 2022, upon request of counsel, the government did conventionally submit Exhibits 1, 2, and 3.

4. Additionally, after filing her Motion for Leave requesting to Reply on or before January 10, 2022, counsel became ill and tested positive for COVID-19.

5. Therefore, counsel requires additional time to review the Exhibits and file a Reply to the government's Response.

6. The hearing on the Motion to Suppress hearing is scheduled for January 28, 2022 at 9AM.

WHEREFORE, Mr. Lewis respectfully requests that this Court continue the deadline for filing a Reply until January 13, 2022.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Laura H. Suelau
LAURA H. SUELAU
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
laura_suelau@fd.org
Attorney for Defendant

---

order to determine which of the 40 videos discovered belong to which officers, counsel must compare videos with officer reports and clues from within the videos. However, even that would not necessarily elucidate which videos might be Exhibits 1, 2, and 3 as several officers (including Officer Barry) recorded more than one body-worn camera video.

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2021, I electronically filed the foregoing

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE
DEADLINE FOR REPLY TO RESPONSE TO MOTION TO SUPPRESS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Rajiv Mohan, Assistant United States Attorney
    rajiv.mohan@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Clifford Lewis (U.S. Mail)

    s/ Laura H. Suelau
    LAURA H. SUELAU
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    laura_suelau@fd.org
    Attorney for Defendant