CASE CAPTION: _United States v. Lewis_

CASE NO.: 21-cr-00268-RBJ

EXHIBIT LIST OF:    United States of America (Plaintiff)
                      (Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 1 | | Loveland Police Department Report | | | | | |
| 2 | | Body Camera Footage of Evan Dunlap | | | | | |
| 3 | | Body Camera Footage of Nicholas Corrigan | | | | | |
| 4 | | Body Camera Footage of Erin Berry | | | | | |