IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE R. BROOKE JACKSON

Case No.     21-cr-00268-RBJ     Date:  1/28/2022

Case Title:  *United States v. Lewis*

UNITED STATES' WITNESS LIST
(Plaintiff)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Officer Evan Dunlap (may call) | 1/28/2022—20 minutes |
| Detective Nicholas Corrigan (may call) | 1/28/2022—20 minutes |