IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Criminal Action: | 21-cr-00268-RBJ | Date: January 28, 2021 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter: | N/A | Probation: N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA  **Plaintiff** | *Albert Buchman*<br>*Rajiv Mohan* |
| v. | |
| 1. CLIFFORD LEWIS  **Defendant** | *Laura Suelau* |

### COURTROOM MINUTES

**MOTION HEARING VIA VIDEO CONFERENCE**

Court in Session:  9:01 a.m.

Appearance of counsel via video conference.

Defendant present on bond via video conference.

The Court summarizes the set of facts of the case with comments from counsel.

The Court outlines its impressions of the motion.

Argument given on [35] Motion to Suppress Evidence.

The Court makes findings of fact, conclusions of law.

**ORDERED:   [35] Motion to Suppress Evidence is DENIED.**

  **Oral motion to exclude time from the Speedy Trial Act is GRANTED.**

**ORDERED:** **Time is excluded from the Speedy Trial Act up to and including May 13, 2022.**

**Five-day Jury Trial is reset to May 9, 2022, at 9:00 a.m.**

Court in Recess:  10:48 a.m.         Hearing concluded.         Total time in Court:   01:47