CO-PS8
(12/14-D/CO)

# United States District Court
# for the District of Colorado

U.S.A. vs. Clifford Lewis                                    Dkt. No. 1:21CR00268-01

## Petition for Warrant on Defendant On Pretrial Release

Comes now, Alexandria Oliveras, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Clifford Lewis, who was placed under pretrial release supervision by the Honorable Nina Y. Wang, sitting in the Court at Denver, Colorado, on October 29, 2021. As noted in the Order Setting Conditions of Release (Document 30), the Court ordered conditions of pretrial release. The probation officer alleges the defendant has violated the following terms and conditions of pretrial release as set forth herein.

**Respectfully presenting petition for action of the Court and for cause as follows:**

1. **Failure To Maintain Residence at Emmy's House Foundation, and comply with all house rules**

On February 17, 2022, the U.S. Probation Office received notification from the Program Director of Emmy's House Foundation, (a sober living home) reporting the defendant was evicted from the Emmy's House Foundation on February 16, 2022, at approximately 6:45 p.m., for failing to follow the house rules.

On November 5, 2021, the defendant signed an intake document which provided him the reasons for an unvoluntary termination of residency and client terms and conditions; the document was signed and initialed by the defendant. Since the defendant's arrival at the sober living home, he has failed to pay rent and the supply fees, and failed to follow up with the financial assistance housing program (Neighbor to Neighbor)[1]. At the time of the defendant's eviction, he possessed an outstanding debt of approximately $2,600.00 (not including late fees)[2].

On February 16, 2021, a random room search was conducted in the defendant's living space at Emmy's House Foundation and the follow items were confiscated: three switch blades (different sizes and double sided), three knives of different sizes, length and width, a double-sided machete, ammunition (.40 caliber), gunpower and an opened Narcan package. The machete was found under the defendant's mattress and one of the knives was found under the defendant's pillow. The ammunition was found in a box, on top of the federal probation officer's business card. In addition, the defendant was welding in the attached garage at Emmy's House Foundation, without authorization to do so, despite of being instruction to cease this behavior on numerous occasions.

---

[1] The U.S. Probation Officer instructed the defendant to pay rent on numerous occasions. On February 11, 2022, the defendant reported Neighbor to Neighbor paid his rent at Emmy's House Foundation. On February 14, 2022, the U.S. Probation Officer spoke to Bre Berry, from Neighbor to Neighbor, who informed she attempted to contact the defendant via phone and emails. The defendant failed to return her calls or emails; therefore, his application was denied. The program director at Emmy's House Foundation denied receiving any rent payment from Neighbor to Neighbor or from Neighbor to Neighbor.

[2] The defendant was employed with Future Power Search from December 7, 2021, to February 17, 2022, earning $20.00 per hour.

| | | |
|---|---|---|
| Clifford Lewis<br>1:21CR00268-01 | Petition on Pretrial Release<br>Page 2 | 02/18/2022 |

After the random room search was conducted, the program director was notified the defendant had inquired about a detonator. Based on the defendant's knowledge in welding, the contraband confiscated (ammunition, gunpower) and his inquiry for a detonator, the program director suspected the defendant may have been building pipe bombs. Therefore, he called the Fort Collins Police Department; the house was cleared and declared safe.

On February 16, 2022, U.S. Probation Officer Meghan Mills and the undersigned probation officer conducted a home visit and observed all the items confiscated.

On January 19, 2022, a House Manager at Emmy's House Foundation collected a urine sample for drug testing from the defendant. The sample tested positive for Amphetamines and Buprenorphine. The defendant was instructed by the House Manager to obtain drug test confirmation from a laboratory and the defendant refused to do so.

Given the above-noted violations, the defendant's placement at the sober living home, Emmy's House Foundation, is terminated and will not be reconsidered for future readmission.

RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER the issuance of a warrant for violation(s) of pretrial release, and subsequent to the arrest of the defendant, that the Court consider revocation of bond.

### ORDER OF THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

**s/ Alexandria Oliveras**
United States Probation Officer
Date:    February 18, 2022

**s/ Garret Pfalmer**
Supervising Probation Officer

Date:    February 18, 2022

Considered and ordered filed under seal and made a part of the record in the above case.

Nina Y. Wang
Magistrate Judge
Date:  *22 Feb 2022*