AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 MAR -9 AM 9: 28

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

United States of America
v.

CLIFFORD LEWIS

Defendant

)
)
)  Case No.  1:21CR00268-01
)
)
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Clifford Lewis                                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

   VIOLATION OF PRETRIAL RELEASE ORDER

Date: **22 Feb 2022**

*Issuing officer's signature*
Nina Y. Wang
United States Magistrate Judge
*Printed name and title*

City and state: Denver, Colorado

### Return

This warrant was received on *(date)* 2/22/22, and the person was arrested on *(date)* 3/2/2022
at *(city and state)* Denver, CO

Date: 3/2/2022

*Arresting officer's signature*

Serena Martinez DUSM
*Printed name and title*