IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00268-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**CLIFFORD LEWIS,**

        Defendant.

_____

# NOTICE OF DISPOSITION AND
# MOTION REQUESTING CHANGE OF PLEA HEARING
_____

        Clifford Lewis, by and through undersigned counsel, notifies this court that a disposition has been reached in his case with the government. Mr. Lewis requests a change of plea hearing for the court to consider the proposed plea agreement. He also requests that this Court vacated the current jury trial date set for May 9, 2022.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        s/Laura Suelau
        LAURA SUELAU
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone: (303) 294-7002
        FAX: (303) 294-1192
        Laura_suelau@fd.org
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Rajiv Mohan, AUSA
    Email: rajiv.mohan@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Clifford Lewis (Via U.S. Mail)

    s/Laura Suelau
    LAURA SUELAU
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Laura_suelau@fd.org
    Attorney for Defendant