IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-CR-00268-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**CLIFFORD LEWIS,**

        **Defendant.**

---

## DEFENDANT'S UNOPPOSED MOTION TO RESET SENTENCING HEARING

---

Clifford Lewis, through his attorney, Laura H. Suelau, respectfully asks this Court to reset his sentencing hearing presently set for August 19, 2022 at 8:30 a.m.. The government does not oppose this request.

Counsel is scheduled to travel out-of-state beginning August 18, 2022. Counsel scheduled that travel, and booked non-refundable flights, in February 2022 and inadvertently failed to notice the conflict when scheduling Mr. Lewis's sentencing.

/
/
/
/
/
/
/
/
/

WHEREFORE, Mr. Lewis respectfully requests that this Court vacate that Sentencing date and allow the parties to contact chambers to reset this matter.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Laura H. Suelau
LAURA H. SUELAU
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
laura_suelau@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 13, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Rajiv Mohan, Assistant United States Attorney
  rajiv.mohan@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Mr. Clifford Lewis (U.S. Mail)

            s/ Laura H. Suelau
            LAURA H. SUELAU
            Assistant Federal Public Defender
            633 Seventeenth Street, Suite 1000
            Denver, Colorado 80202
            Telephone: (303) 294-7002
            FAX: (303) 294-1192
            laura_suelau@fd.org
            Attorney for Defendant