## Conventionally Submitted Materials

Criminal Case No. 21-cr-000268-RBJ

UNITED STATES OF AMERICA,

Plaintiff,

v.

CLIFFORD LEWIS,

Defendant.

# Flash Drive With Video Footage from Gas Station (INV_263)