IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-CR-00268-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**CLIFFORD LEWIS,**

       **Defendant.**

---

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE
DEADLINE FOR OBJECTIONS TO PRESENTENCE REPORT**

---

Clifford Lewis, through Laura H. Suelau, Assistant Federal Public Defender, respectfully requests this court continue the deadline for Objections to the Presentence Report (PSR) from August 31, 2022 to September 7, 2022. The government, through Rajiv Mohan, and the probation department, through Mallory Coleman, do not oppose the requested continuance. In support of this Motion Mr. Lewis states:

1.     The PSR was disclosed to counsel on August 17, 2022. Doc. 69. At that time, Mr. Lewis was at Fremont County Detention Center. Since then, Mr. Lewis has been transferred two different times. First, he was transferred to Larimer County Detention Center, then he was transferred back to Fremont County. For a few days, counsel was unable to locate Mr. Lewis at all.

2.     Because of the forgoing transfers, and despite mailing Mr. Lewis the PSR on three different occasions and attempting to coordinate a legal visit to review the PSR, Mr. Lewis has not yet received that document.

3.     Therefore, counsel requires an additional seven days to review the PSR with Mr. Lewis and, if necessary, file the appropriate Objections. Conferring with Mr. Lewis and filing the appropriate

Objections are critical to his right to effective representation.

4. Undersigned counsel believes that the requested extension would serve the requested purpose.

5. Counsel has conferred with the government and the probation department, and they do not oppose the requested extension.

WHEREFORE, Mr. Lewis respectfully requests that this Court issue an Order extending the deadline for Objections pursuant to Rule 32(f) from August 31, 2022 to September 7, 2022.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Laura H. Suelau
LAURA H. SUELAU
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
laura_suelau@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Rajiv Mohan, Assistant United States Attorney
rajiv.mohan@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Clifford Lewis (U.S. Mail)


s/ Laura H. Suelau
LAURA H. SUELAU
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
laura_suelau@fd.org
Attorney for Defendant