STATE OF COLORADO)
)ss.
COUNTY OF LARIMER

Check one:
☒ Felony Affidavit (No Summons)
☐ Misd. Affidavit attached to Summons

## LOVELAND POLICE DEPARTMENT
### AFFIDAVIT IN SUPPORT OF WARRANTLESS ARREST

Affiant, <u>Corrigan, Nicholas</u>, being duly sworn upon oath, says that there is probable cause for the warrantless arrest of <u>Lewis, Cliff Lin</u>, <u>09/18/1984</u>, for the crime(s) stated, and that the following facts are true and correct upon best knowledge, information, and belief.

Agency: LOVELAND POLICE DEPARTMENT

Agency Case Number: LP21-0002877

21-02877

Arrest Date/Time: April 22, 2021 / 14:03

Arresting Officer and Number: Corrigan, Nicholas / # LP208

| CHARGE DESCRIPTION | CRS Citation | Class |
|---|---|---|
| POSSESS WEAPON BY PREVIOUS OFFENDER - (F6) | 18-12-108(1) | F6 |
| POSSESS WEAPON BY PREVIOUS OFFENDER - (F6) | 18-12-108(1) | F6 |
| POSSESS WEAPON BY PREVIOUS OFFENDER - (F6) | 18-12-108(1) | F6 |
| POSSESS WEAPON BY PREVIOUS OFFENDER - (F6) | 18-12-108(1) | F6 |
| POSSESSION OF ANY EXPLOSIVE OR INCENDIARY DEVICE PARTS - EXPLOSIVES - (F4) | 18-12-109(6) | F4 |
| POSSESSING A DANGEROUS WEAPON - SUBSEQUENT VIOLATIONS - (F4) | 18-12-102(3) | F4 |
| POSSESSING A DANGEROUS WEAPON - SUBSEQUENT VIOLATIONS - (F4) | 18-12-102(3) | F4 |
| POSSESSING A DANGEROUS WEAPON - SUBSEQUENT VIOLATIONS - (F4) | 18-12-102(3) | F4 |
| POSSESSING A DANGEROUS WEAPON - SUBSEQUENT VIOLATIONS - (F4) | 18-12-102(3) | F4 |
| POSSESSING A DANGEROUS WEAPON - SUBSEQUENT VIOLATIONS - (F4) | 18-12-102(3) | F4 |
| POSSESS WEAPON BY PREVIOUS OFFENDER - (F6) | 18-12-108(1) | F6 |
| UNLAWFUL POSSESS SCHEDULE I OR II/METHAMPHETAMINE NO MORE THAN 4 GRAMS (DM1) | 18-18-403.5(2)(c) | DM1 |
| POSSESSION OF DRUG PARAPHERNALIA - (DPO) | 18-18-428 | DPO |
| DROVE (MOTOR/OFF-HIGHWAY) VEHICLE UPON HIGHWAY WHEN (LICENSE/ PRIVILEGE TO DRIVE) WAS RESTRAINED FOR EXPRESS CONSENT OR ALCOHOL/ DRUG RELATED OFFENSE | 42-2-138(1)(d)(I) | M |
| (DISPLAYED/POSSESSED/OFFERED FOR SALE) (FICTITIOUS/CANCELLED/REVOKED/ SUSPENDED/ALTERED/STOLEN) (TITLE/NUMBER PLATE/VALIDATION TAB OR STICKER) | 42-3-121(1)(b) | MT2 |
| PROHIBITED USE OF WEAPONS - (M2) | 18-12-106 | M2 |
| (DISPLAYED/POSSESSED/OFFERED FOR SALE) (FICTITIOUS/CANCELLED/REVOKED/ SUSPENDED/ALTERED/STOLEN) (TITLE/NUMBER PLATE/VALIDATION TAB OR STICKER) | 42-3-121(1)(b) | MT2 |

The facts establishing probable cause for arrest are that on <u>April 22, 2021</u> at <u>13:19</u>, in the county of Larimer, State of Colorado, at <u>2500 E EISENHOWER BLVD,LOVELAND, CO, 80537</u> the following activity occured:

SCANNED

Officer Corrigan Reporting:

On 042221 at approximately 13:20 hours, I responded along with several other officers to the Circle K gas station located at 2500 W Eisenhower Blvd, Loveland CO 80538, after Dispatch received a 911 call from a gas station employee who stated a male driving a late model green Dodge Durango pulling a trailer, was involved in an altercation with the driver of a black Nissan Altima. The reporting party stated the male in the Durango had a gun during the altercation. The reporting party stated both vehicles left the parking lot heading south on Wilson Ave and the male driver of the Durango was wearing a hat and glasses and had a beard.