IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00268-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLIFFORD LEWIS,

    Defendant.

---

### UNITED STATES' MOTION FOR A ONE-LEVEL DECREASE IN OFFENSE LEVEL

---

The United States of America moves for a one-level decrease in the offense level for acceptance of responsibility under U.S.S.G. § 3E1.1(b).  The defendant's agreement to plead guilty and provide timely notice thereof permitted the government to avoid preparing for trial and allowed the government and the Court to allocate their resources more efficiently.

Dated: September 9, 2022

Respectfully submitted,

COLE FINEGAN
United States Attorney

By:  s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Rajiv.Mohan@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on September 9, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case:

Laura Hayes Suelau            laura_suelau@fd.org

By: s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Rajiv.Mohan@usdoj.gov