IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00268-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    CLIFFORD LEWIS,

       Defendant.

## ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 20th day of September 2022.

                              COLE FINEGAN
                              United States Attorney

        By:    s/ *Kurt J. Bohn*
                    Kurt J. Bohn
                    Assistant United States Attorney
                    United States Attorney's Office
                    1801 California Street, Ste. 1600
                    Denver, CO 80202
                    (303) 454-0100
                    kurt.bohn@usdoj.gov
                    *Attorney for the United States*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of September 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

                                            s/ *Jody Gladura*
                                            FSA Federal Paralegal
                                            Office of the U.S. Attorney