IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00268-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     CLIFFORD LEWIS,

        Defendant.

_____

### UNITED STATES' NOTICE TO COURT REGARDING FORFEITURE
_____

COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Kurt J. Bohn, and hereby gives notice to the Court that it will not seek a criminal order of forfeiture for the (1) Charles Day Model 601 Honcho 12-gauge shotgun with serial number 19CH-00620; and (2) the recovered ammunition listed in the Indictment (Doc. 1 at 2), as it will remain in the possession of the Loveland Police Department, who will dispose of it at the appropriate time.

DATED this 20th day of September 2022.

                                      Respectfully submitted,

                                      COLE FINEGAN
                                      United States Attorney

                                      By: *s/Kurt J. Bohn*
                                      Kurt J. Bohn
                                      Assistant United States Attorney
                                      United States Attorney's Office

2

1801 California Street, Suite 1600
Denver, CO 80202
303-454-0100
Kurt.bohn@usdoj.gov
*Attorney for the United States*

2