IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:   21-cr-00268-RBJ | Date: September 23, 2022 |
| Courtroom Deputy:  Kally Myhaver | Court Reporter:  Kevin Carlin |
| Interpreter:       N/A | Probation:  Sara Johnson |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Rajiv Mohan* |
| **Plaintiff** | |
| v. | |
| 1. CLIFFORD LEWIS | *Laura Suelau* |
| **Defendant** | |

### COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   10:00 a.m.

Appearances of counsel.

Defendant present in custody.

Objections addressed.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  [76] United States' Motion for a One-Level Decrease in Offense Level is **GRANTED**

**ORDERED:**   [77] Defendant's Motion for Variant Sentence is **DENIED.**

**ORDERED:**   Defendant shall be **imprisoned** for **64 months** as to Count One of the Indictment. Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years.**

Court RECOMMENDS that the Bureau of Prisons place the defendant at FCI Florence Colorado, and recommends that he be allowed to participate in the RDAP program.

**ORDERED:**   **Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days of entry of judgment.

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  10:36 a.m.          Hearing concluded.          Total time:     00:36