IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   21-cr-00268-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**CLIFFORD LEWIS**,

        Defendant.

---

### DEFENDANT'S NOTICE OF APPEAL
---

Defendant, Clifford Lewis, through appointed counsel, Laura Suelau and the Office of the Federal Public Defender, files this Notice of Appeal to the Tenth Circuit Court of Appeals and appeals the Judgment (Doc. No. 84) that was entered on September 28, 2022.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/Laura H. Suelau
        LAURA H. SUELAU
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone: (303) 294-7002
        FAX: (303) 294-1192
        laura_suelau@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Rajiv Mohan, Assistant United States Attorney
Email: Rajiv.mohan@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Clifford Lewis (Via U.S. Mail)

                                                          s/ Laura Suelau
                                                          LAURA SUELAU
                                                          Assistant Federal Public Defender
                                                          633 17th Street, Suite 1000
                                                          Denver, CO  80202
                                                          Telephone: (303) 294-7002
                                                          FAX: (303) 294-1192
                                                          laura_suelau@fd.org
                                                          Attorney for Defendant