APPEAL,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:21−cr−00268−RBJ−1

| | |
|---|---|
| Case title: USA v. Lewis | Date Filed: 08/11/2021 |
| | Date Terminated: 09/28/2022 |

Assigned to: Judge R. Brooke Jackson

Appeals court case number: 22−1336 USCA

### Defendant (1)

**Clifford Lewis**  
*TERMINATED: 09/28/2022*

represented by **Laura Hayes Suelau**  
Office of the Federal Public Defender  
633 Seventeenth Street  
Suite 1000  
Denver, CO 80202  
303−294−7002  
Fax: 303−294−1192  
Email: laura_suelau@fd.org  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. § 922(g)(1) – Possession of a Firearm and Ammunition by a Prohibited Person (1) | Defendant sentenced to 64 months imprisonment; 3 years of supervised release term; $100 special assessment fee. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff

**USA**

represented by **Rajiv Mohan**  
U.S. Attorney's Office  
District of Colorado  
1801 California Street  
Suite 1600  
Denver, CO 80202  
303−454−0220

Email: Rajiv.Mohan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Albert C. Buchman**
U.S. Attorney's Office
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0228
Email: al.buchman@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Kurt J. Bohn**
U.S. Attorney's Office
District of Colorado
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Fax: 303–454–0407
Email: kurt.bohn@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/11/2021 | 1 | INDICTMENT as to Clifford Lewis (1) count(s) 1. (Attachments: # 1 Criminal Information Sheet) (rvill, ) (Entered: 08/11/2021) |
| 08/11/2021 | 2 | RESTRICTED DOCUMENT – Level 4: as to Clifford Lewis. (rvill, ) (Entered: 08/11/2021) |
| 08/11/2021 | 3 | Arrest Warrant Issued in case as to Clifford Lewis. (rvill, ) (Entered: 08/11/2021) |
| 08/31/2021 | 4 | Arrest of Clifford Lewis. Initial Appearance set for 8/31/2021 02:00 PM in Courtroom C203 before Magistrate Judge N. Reid Neureiter. (Text Only entry)(cmadr, ) (Entered: 08/31/2021) |
| 08/31/2021 | 5 | MINUTE ENTRY for Initial Appearance as to Clifford Lewis held before Magistrate Judge N. Reid Neureiter on 8/31/2021. Defendant present in custody. Defendant advised. Court appoints counsel. Government seeking detention. Arraignment, Discovery and Detention set for 9/3/2021 10:00 AM in Courtroom A 502 before Magistrate Judge Nina Y. Wang. Defendant remanded. (Total time: 3 minutes, Hearing time: 2:12 – 2:15)<br><br>**APPEARANCES**: Jena Neuscheler on behalf of the Government, Kelly Christl on behalf of the defendant, Pat Hanley on behalf of pretrial. FTR: Courtroom C203. (rvill, ) Text Only Entry (Entered: 08/31/2021) |
| 08/31/2021 | 6 | ORDER APPOINTING COUNSEL as to Clifford Lewis by Magistrate Judge N. Reid Neureiter on 8/31/2021. Text Only Entry (rvill, ) (Entered: 08/31/2021) |
| 08/31/2021 | 7 | CJA 23 Financial Affidavit by Clifford Lewis. (rvill, ) (Entered: 08/31/2021) |
| 09/01/2021 | 8 | NOTICE OF ATTORNEY APPEARANCE: Laura Hayes Suelau appearing for Clifford LewisAttorney Laura Hayes Suelau added to party Clifford Lewis(pty:dft) (Suelau, Laura) (Entered: 09/01/2021) |
| 09/01/2021 | 12 | Arrest Warrant Returned Executed on 8/31/2021 in case as to Clifford Lewis. (sphil, ) (Entered: 09/02/2021) |
| 09/02/2021 | 9 | Joint MOTION to Continue *Arraignment/Detetnion/Discovery Hearing* by USA as to Clifford Lewis. (Mohan, Rajiv) (Entered: 09/02/2021) |
| 09/02/2021 | 10 | MEMORANDUM regarding 9 Joint MOTION to Continue *Arraignment/Detetnion/Discovery Hearing* filed by USA. Motion(s) referred to |

| | | |
|---|---|---|
| | | Magistrate Judge Nina Y. Wang, by Judge R. Brooke Jackson on 9/2/2021. Text Only Entry. (sphil, ) (Entered: 09/02/2021) |
| 09/02/2021 | 11 | MINUTE ORDER by Magistrate Judge Nina Y. Wang on 9/2/2021 as to Clifford Lewis (1). This matter is before the court on the Joint Motion to Reset Hearing 9 . For the reasons stated therein, this court finds good cause to re–set the Arraignment, Discovery, and Detention hearing for Defendant Clifford Lewis. Accordingly, IT IS ORDERED that the currently set Arraignment, Discovery, and Detention hearing on September 3, 2021 at 10:00 a.m. is VACATED, and RE–SET for September 7, 2021 at 2:00 p.m. before Magistrate Judge Nina Y. Wang. Text Only Entry (bwilk, ) (Entered: 09/02/2021) |
| 09/07/2021 | 13 | COURTROOM MINUTES for Arraignment, Discovery, and Detention as to Clifford Lewis held on 9/7/2021 before Magistrate Judge Nina Y. Wang. Defendant present in custody. Defendant waives further reading and advisement. Plea of NOT GUILTY entered by defendant. Discovery memorandum executed. Defendant requests to continue the Detention Hearing so counsel can meaningfully confer with him. Detention Hearing RESET for 9/9/2021 02:00 PM in Courtroom A 502 before Magistrate Judge Nina Y. Wang. Defendant remanded. (Total time: 4 minutes, Hearing time: 2:04–2:08)<br><br>**APPEARANCES**: Rajiv Mohan on behalf of the Government, Laura Suelau on behalf of the Defendant, Angela Ledesma on behalf of Pretrial. FTR: NYW–FTR. (bwilk, ) Text Only Entry (Entered: 09/07/2021) |
| 09/07/2021 | 14 | Discovery Conference Memorandum and Order by Magistrate Judge Nina Y. Wang on 9/7/2021. Estimated Trial Time – Less than 5 days as to Clifford Lewis. (bwilk, ) (Entered: 09/08/2021) |
| 09/09/2021 | 15 | MINUTE ORDER: The Detention Hearing as to Clifford Lewis set for 9/9/2021 is **RE–SET in time only** to 9/9/2021 at **1:30 PM** before Magistrate Judge Nina Y. Wang. By Magistrate Judge Nina Y. Wang on 09/09/2021. Text Only Entry (nywlc2, ) (Entered: 09/09/2021) |
| 09/09/2021 | 16 | MINUTE ORDER as to Clifford Lewis. A three–day Jury Trial is set for 11/8/2021 at 9:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. Pretrial motions are due by 9/17/2021, and responses to those motions will be due 10/1/2021. A Motions Hearing is set for 10/11/2021 at 1:30 PM in Courtroom A 902 before Judge R. Brooke Jackson. By Judge R. Brooke Jackson on 9/9/2021. Text Only Entry (rbjsec. ) (Entered: 09/09/2021) |
| 09/09/2021 | 17 | AMENDED MINUTE ORDER as to Clifford Lewis re 16 MINUTE ORDER. A three–day Jury Trial is set for 11/8/2021 at 9:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. Pretrial motions are due by 9/17/2021, and responses to those motions will be due 10/1/2021. A Motions Hearing is set for **10/12/2021 at 1:30 PM in Courtroom A 902 before Judge R. Brooke Jackson. by Judge R. Brooke Jackson on 9/9/2021. Text Only Entry (rbjsec. ) (Entered: 09/09/2021)** |
| 09/09/2021 | 18 | COURTROOM MINUTES for Detention Hearing as to Clifford Lewis held on 9/9/2021 before Magistrate Judge Nina Y. Wang. Defendant present in custody. Parties proceed to argument on detention. Defendant submits exhibits to the court for consideration. Court take a recess to confer with Pretrial. Neither Emmy's House nor Summit Stone are known providers. The court requests Probation to make an inquiry as the appropriateness of these programs. Bond Hearing set for 9/14/2021 01:00 PM in Courtroom A 502 before Magistrate Judge Nina Y. Wang. Defendant remanded. (Total time: 15 minutes, Hearing time: 1:33–1:42, 1:57–2:03)<br><br>**APPEARANCES**: Rajiv Mohan on behalf of the Government, Laura Suelau on behalf of the Defendant, Tommie Anderson on behalf of Pretrial. FTR: NYW–FTR. (bwilk, ) Text Only Entry (Entered: 09/09/2021) |
| 09/09/2021 | 19 | RESTRICTED DOCUMENT – Level 1: by Clifford Lewis. (Attachments: Exhibit 1, 2, 3)(bwilk, ) (Entered: 09/10/2021) |
| 09/14/2021 | 20 | MINUTE ENTRY for Bond Hearing as to Clifford Lewis held on 9/14/2021 before Magistrate Judge Nina Y. Wang. Defendant present in custody. Parties have become aware that Larimer County has a detainer for the Defendant. Parties discuss options. |

| | | |
|---|---|---|
| | | The court does not find release appropriate at this time. Defendant is not contesting detention. Defendant is ORDERED detained. Defendant may revisit detention once the detainer is resolved. Defendant remanded. (Total time: 8 minutes, Hearing time: 1:05–1:13)<br><br>**APPEARANCES**: Rajiv Mohan by telephone (at the request of the Court) on behalf of the Government, Laura Suelau on behalf of the Defendant, Pat Hanley on behalf of Pretrial Services. FTR: NYW–FTR. (bwilk, ) Text Only Entry (Entered: 09/14/2021) |
| 09/14/2021 | 21 | ORDER OF DETENTION as to Clifford Lewis by Magistrate Judge Nina Y. Wang on 9/14/2021. (bwilk, ) (Entered: 09/15/2021) |
| 09/27/2021 | 23 | MINUTE ORDER as to Clifford Lewis. The Motions Hearing set 10/12/2021 is VACATED as no motions have been filed. By Judge R. Brooke Jackson on 9/27/2021. Text Only Entry (rbjsec. ) (Entered: 09/27/2021) |
| 09/27/2021 | 24 | Unopposed MOTION to Exclude *Sixty (60) Days from the Speedy Trial Act* by Clifford Lewis. (Suelau, Laura) (Entered: 09/27/2021) |
| 09/29/2021 | 25 | ORDER granting 24 Unopposed MOTION to Exclude Sixty (60) Days from the Speedy Trial Act as to Clifford Lewis (1). The Court grants the requested exclusion to and including 3/11/2021 per agreement of counsel and the Court's finding of diligence, absence of prejudice, and need for additional time, in the ends of justice. The five–day is reset for 3/7/2022 at 9:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. Pretrial motions are due by 12/6/2021 and responses are due by 12/20/2021. A Motions Hearing is set for 1/28/2022 at 9:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. By Judge R. Brooke Jackson on 9/29/2021. Text Only Entry (rbjsec. ) (Entered: 09/29/2021) |
| 10/13/2021 | 26 | Unopposed MOTION for Order *to Reopen Detention Hearing and to Release Mr. Lewis Pursuant to Title 18 U.S.C. Section 3142(f)(2)(B)* by Clifford Lewis. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Suelau, Laura) (Entered: 10/13/2021) |
| 10/27/2021 | 27 | MINUTE ORDER: This matter is before the court on the 26 Unopposed MOTION for Order *to Reopen Detention Hearing and to Release Mr. Lewis Pursuant to Title 18 U.S.C. Section 3142(f)(2)(B)* filed by Clifford Lewis. A Detention Hearing is hereby SET for **10/29/2021 at 10:30 AM** in Courtroom A 502 before Magistrate Judge Nina Y. Wang. By Magistrate Judge Nina Y. Wang on 10/27/2021. Text Only Entry (nywlc2, ) (Entered: 10/27/2021) |
| 10/29/2021 | 28 | COURTROOM MINUTES for proceedings held before Magistrate Judge Nina Y. Wang: Detention Hearing as to Clifford Lewis held on 10/29/2021. Defendant present in custody. Defense counsel seeking release. Government objects. ORDER granting 26 Unopposed MOTION *to Reopen Detention Hearing and to Release Mr. Lewis Pursuant to Title 18 U.S.C. Section 3142(f)(2)(B)*. Defendant is released on a $10,000 unsecured bond with conditions. Defendant shall be released to the Emmy's Foundation House on GPS. Defendant advised of conditions of bond and remanded for processing and release. Defendant shall report to Probation within 24 hours of release from Larimer County. (Total time: 13 minutes, Hearing time: 10:28 – 10:41 a.m.)<br><br>**APPEARANCES**: Rajiv Mohan on behalf of the Government, Laura Suelau on behalf of the defendant, Angela Ledesma on behalf of probation. FTR: Courtroom A–502. (slibi, ) Text Only Entry (Entered: 10/29/2021) |
| 10/29/2021 | 29 | Appearance Bond Entered as to Clifford Lewis in amount of $10,000 unsecured (slibi, ) (Entered: 10/29/2021) |
| 10/29/2021 | 30 | ORDER Setting Conditions of Release by Magistrate Judge Nina Y. Wang on 10/29/2021. (slibi, ) (Entered: 10/29/2021) |
| 12/06/2021 | 31 | Unopposed MOTION to Continue *Motions Deadline* by Clifford Lewis. (Suelau, Laura) (Entered: 12/06/2021) |
| 12/06/2021 | 32 | ORDER granting 31 Unopposed MOTION to Continue Motions Deadline. Motions due by 12/8/2021. By Judge R. Brooke Jackson on 12/6/2021. Text Only Entry (rbjsec. ) (Entered: 12/06/2021) |

| | | |
|---|---|---|
| 12/08/2021 | 33 | Second MOTION to Continue *Motions Deadline (Unopposed)* by Clifford Lewis. (Suelau, Laura) (Entered: 12/08/2021) |
| 12/09/2021 | 34 | ORDER granting 33 Second MOTION to Continue Motions Deadline (Unopposed) as to Clifford Lewis (1). Motions due by 12/9/2021. Responses due by 12/23/2021 By Judge R. Brooke Jackson on 12/9/2021. Text Only Entry (rbjsec. ) (Entered: 12/09/2021) |
| 12/09/2021 | 35 | MOTION to Suppress *Evidence* by Clifford Lewis. (Suelau, Laura) (Entered: 12/09/2021) |
| 12/23/2021 | 36 | RESPONSE to Motion by USA as to Clifford Lewis re 35 MOTION to Suppress *Evidence* (Attachments: # 1 Exhibit 1, # 2 Conventionally Submitted)(Mohan, Rajiv) (Entered: 12/23/2021) |
| 12/27/2021 | 37 | Conventionally Submitted Material : 1 Flash Drive to Response to Motion 36 by Plaintiff USA. Location: 1st Floor Area, Box D–5–9. Text Only Entry. (sphil, ) (Entered: 12/27/2021) |
| 12/28/2021 | 38 | Unopposed MOTION for Leave to File *Reply or Supplement to Motion to Suppress* by Clifford Lewis. (Suelau, Laura) (Entered: 12/28/2021) |
| 01/05/2022 | 39 | ORDER granting 38 Unopposed MOTION for Leave to File Reply or Supplement to Motion to Suppress. By Judge R. Brooke Jackson on 1/5/2022. Text Only Entry (rbjsec.) (Entered: 01/05/2022) |
| 01/10/2022 | 40 | Unopposed MOTION to Continue *Deadline for Reply to Response to Motion to Suppress* by Clifford Lewis. (Suelau, Laura) (Entered: 01/10/2022) |
| 01/11/2022 | 41 | ORDER granting 40 Unopposed MOTION to Continue Deadline for Reply to Response to Motion to Suppress. The reply is now due by 1/13/2022. By Judge R. Brooke Jackson on 1/11/2022. Text Only Entry (rbjsec. ) (Entered: 01/11/2022) |
| 01/13/2022 | 42 | REPLY TO RESPONSE to Motion by Clifford Lewis re 35 MOTION to Suppress *Evidence* (Suelau, Laura) (Entered: 01/13/2022) |
| 01/21/2022 | 43 | MINUTE ORDER as to Clifford Lewis. The Motions Hearing set 1/28/2022 at 9:00 a.m. will be heard by video teleconference. The Court's staff will provide connection instructions to the parties by email prior to the hearing. By Judge R. Brooke Jackson on 1/21/2022. Text Only Entry (rbjsec. ) (Entered: 01/21/2022) |
| 01/25/2022 | 44 | NOTICE OF ATTORNEY APPEARANCE Albert C. Buchman appearing for USA. Attorney Albert C. Buchman added to party USA(pty:pla) (Buchman, Albert) (Entered: 01/25/2022) |
| 01/25/2022 | 45 | EXHIBIT LIST *for Motions Hearing* by USA as to Clifford Lewis (Mohan, Rajiv) (Entered: 01/25/2022) |
| 01/25/2022 | 46 | WITNESS LIST *for Motions Hearing* by USA as to Clifford Lewis (Mohan, Rajiv) (Entered: 01/25/2022) |
| 01/28/2022 | 47 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Motion Hearing as to Clifford Lewis held via video conference on 1/28/2022. 35 MOTION to Suppress Evidence filed by Clifford Lewis is DENIED. Oral motion to exclude time from the Speedy Trial Act is GRANTED. Five–day Jury Trial reset to 5/9/2022 at 9:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. Court Reporter: Sarah Mitchell. (jdyne, ) (Entered: 01/28/2022) |
| 02/22/2022 | 48 | Petition for Warrant to the Magistrate Judge for Defendant on Pretrial Release as to Clifford Lewis. (cpomm) (Entered: 02/22/2022) |
| 02/22/2022 | 49 | Probation Warrant Issued as to Clifford Lewis (cpomm) (Entered: 02/22/2022) |
| 03/03/2022 | 50 | TRANSCRIPT of Motions Hearing as to Clifford Lewis held on January 28, 2022 before Judge Jackson. Pages: 1–53.<br><br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed** |

| | | |
|---|---|---|
| | | **within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (smitc, ) (Entered: 03/03/2022) |
| 03/04/2022 | 51 | Arrest of Clifford Lewis Initial Appearance on Revocation Proceedings set for 3/4/2022 02:00 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. (Text Only entry)(alave, ) (Entered: 03/04/2022) |
| 03/04/2022 | 52 | COURTROOM MINUTES for proceedings held before Magistrate Judge Michael E. Hegarty: Initial Appearance re Revocation of Supervised Release as to Clifford Lewis held on 3/4/2022. Defendant present in custody. Defendant advised. CJA 23 executed. Court appoints counsel. Government seeks detention. Counsel is directed to contact Judge Wang's chambers to set dates for a Preliminary and Detention Hearing. Defendant remanded. (Total time: 1 minute, Hearing time: 2:37 p.m.–2:38 p.m.)<br><br>**APPEARANCES**: Valeria Spencer on behalf of the Government, Stephanie Snyder on behalf of the defendant, Katrina Devine on behalf of pretrial. FTR: A501. (cthom, ) Text Only Entry (Entered: 03/04/2022) |
| 03/04/2022 | 53 | CJA 23 Financial Affidavit by Clifford Lewis. (cthom, ) (Entered: 03/04/2022) |
| 03/04/2022 | 54 | ORDER APPOINTING COUNSEL as to Clifford Lewis by Magistrate Judge Michael E. Hegarty on 3/4/2022. Text Only Entry (cthom, ) (Entered: 03/04/2022) |
| 03/09/2022 | 55 | MINUTE ORDER: A Preliminary and Detention Hearing is SET for **3/11/2022 at 09:30 AM** in Courtroom A 502 before Magistrate Judge Nina Y. Wang. By Magistrate Judge Nina Y. Wang on 03/09/2022. Text Only Entry (nywlc2, ) (Entered: 03/09/2022) |
| 03/09/2022 | 56 | Arrest Warrant Returned Executed on 3/2/2022 in case as to Clifford Lewis. (sphil, ) (Entered: 03/10/2022) |
| 03/11/2022 | 57 | MINUTE ENTRY for Preliminary Revocation, Detention Hearing as to Clifford Lewis held on 3/11/2022 before Magistrate Judge Nina Y. Wang. Defendant present in custody, Waives Preliminary hearing, Defendant is not contesting detention, discussion of procedure, Defendant is ordered detained. (Total time: 8 minutes, Hearing time: 9:35–9:43)<br><br>**APPEARANCES**: Garreth Winstead on behalf of the Government, Laura Suelau on behalf of the defendant. FTR: NYW–FTR. (cpomm, ) (Entered: 03/11/2022) |
| 03/11/2022 | 58 | ORDER OF DETENTION as to Clifford Lewis by Magistrate Judge Nina Y. Wang on March 11, 2022. (cpomm) (Entered: 03/11/2022) |
| 04/22/2022 | 59 | NOTICE of Disposition by Clifford Lewis (Suelau, Laura) (Entered: 04/22/2022) |
| 04/22/2022 | 60 | MINUTE ORDER as to Clifford Lewis re 59 Notice of Disposition. In light of the notice of disposition, the Jury Trial set 5/9/2022 is vacated. The Court requests that counsel jointly contact Chambers at jackson_chambers@cod.uscourts.gov within one week to set a change of plea hearing. By Judge R. Brooke Jackson on 4/22/2022. Text Only Entry (rbjsec. ) (Entered: 04/22/2022) |
| 04/26/2022 | 61 | MINUTE ORDER as to Clifford Lewis. A Change of Plea Hearing is set for 5/16/2022 at 2:00 PM in Courtroom A 902 before Judge R. Brooke Jackson. The Court requests that counsel email the proposed plea documents to jackson_chambers@cod.uscourts.gov at least three business days prior to the hearing. By Judge R. Brooke Jackson on 4/26/2022. Text Only Entry (rbjsec.) (Entered: 04/26/2022) |
| 05/16/2022 | 62 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Change of Plea Hearing as to Clifford Lewis held on 5/16/2022. Plea entered by Clifford Lewis (1): Guilty as to Count 1. Sentencing set for 8/19/2022 at 8:30 AM in Courtroom A 902 before Judge R. Brooke Jackson. Court Reporter: Sarah Mitchell. (jdyne, ) (Entered: 05/16/2022) |

| Date | # | Description |
|---|---|---|
| 05/16/2022 | 63 | PLEA AGREEMENT as to Clifford Lewis (jdyne, ) (Entered: 05/16/2022) |
| 05/16/2022 | 64 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Clifford Lewis (jdyne, ) (Entered: 05/16/2022) |
| 06/13/2022 | 65 | Unopposed MOTION for Order *to Reset Sentencing Hearing* by Clifford Lewis. (Suelau, Laura) (Entered: 06/13/2022) |
| 06/14/2022 | 66 | ORDER granting 65 Unopposed MOTION for Order to Reset Sentencing Hearing as to Clifford Lewis (1). The Sentencing Hearing set for 8/19/2022 is vacated. The Court requests that counsel jointly contact Chambers at jackson_chambers@cod.uscourts.gov within one week to reschedule. By Judge R. Brooke Jackson on 6/14/2022. Text Only Entry (rbjsec. ) (Entered: 06/14/2022) |
| 06/21/2022 | 67 | MINUTE ORDER as to Clifford Lewis: Sentencing is reset for 9/23/2022 at 9:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. by Judge R. Brooke Jackson on 6/21/22. Text Only Entry (jdyne, ) (Entered: 06/21/2022) |
| 06/22/2022 | 68 | MINUTE ORDER as to Clifford Lewis re 67 Minute Order. Due to a conflict on the Court's calendar, the Sentencing set for 9/23/2022 will be heard at 10:00 AM instead of 9:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. By Judge R. Brooke Jackson on 6/22/2022. Text Only Entry (rbjsec. ) (Entered: 06/22/2022) |
| 08/17/2022 | 69 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Clifford Lewis (Attachments: # 1 Exhibit A)(dbarri) (Entered: 08/17/2022) |
| 08/31/2022 | 70 | OBJECTION/RESPONSE to Presentence Report by USA as to Clifford Lewis (Attachments: # 1 Conventionally Submitted)(Mohan, Rajiv) (Entered: 08/31/2022) |
| 08/31/2022 | 71 | Unopposed MOTION to Continue *Deadline for Objections* by Clifford Lewis. (Suelau, Laura) (Entered: 08/31/2022) |
| 09/01/2022 | 72 | ORDER granting 71 Motion to Continue as to Clifford Lewis (1). Objections to under Rule 32(f) are due 9/7/2022. by Judge R. Brooke Jackson on 9/1/2022. Text Only Entry (rbjlc3, ) (Entered: 09/01/2022) |
| 09/01/2022 | 74 | Conventionally Submitted Material : 1 CD to 70 Objection/Response to Presentence Report by Plaintiff USA. Location: 1st Floor Area, Box D−5−8. Text Only Entry. (sphil, ) (Entered: 09/01/2022) |
| 09/07/2022 | 75 | OBJECTION/RESPONSE to Presentence Report 69 by Clifford Lewis (Attachments: # 1 Exhibit A)(Suelau, Laura) (Entered: 09/07/2022) |
| 09/09/2022 | 76 | MOTION for Decrease for Acceptance of Responsibility by USA as to Clifford Lewis. (Mohan, Rajiv) (Entered: 09/09/2022) |
| 09/09/2022 | 77 | MOTION for Non−Guideline Sentence by Clifford Lewis. (Suelau, Laura) (Entered: 09/09/2022) |
| 09/13/2022 | 78 | RESTRICTED PRESENTENCE REPORT as to Clifford Lewis (Attachments: # 1 Exhibit A)(lgiac) (Entered: 09/13/2022) |
| 09/13/2022 | 79 | RESTRICTED ADDENDUM to Presentence Report 78 as to Clifford Lewis (lgiac) (Entered: 09/13/2022) |
| 09/16/2022 | 80 | RESPONSE to Motion by USA as to Clifford Lewis re 77 MOTION for Non−Guideline Sentence (Mohan, Rajiv) (Entered: 09/16/2022) |
| 09/20/2022 | 81 | NOTICE OF ATTORNEY APPEARANCE Kurt J. Bohn appearing for USA. Attorney Kurt J. Bohn added to party USA(pty:pla) (Bohn, Kurt) (Entered: 09/20/2022) |
| 09/20/2022 | 82 | NOTICE *to Court Regarding Forfeiture* by USA as to Clifford Lewis (Bohn, Kurt) (Entered: 09/20/2022) |
| 09/23/2022 | 83 | COURTROOM MINUTES for Sentencing held on 9/23/2022 as to defendant Clifford Lewis before Judge R. Brooke Jackson.Granting 76 Motion for Decrease for Acceptance of Responsibility as to Clifford Lewis (1). Denying 77 Motion for Non−Guideline Sentence as to Clifford Lewis (1). Defendant sentenced as reflected on the record. Court Reporter: Kevin Carlin. (kmyha, ) (Entered: 09/23/2022) |

| | | |
|---|---|---|
| 09/28/2022 | 84 | JUDGMENT as to defendant Clifford Lewis (1). Count 1: Defendant sentenced to 64 months imprisonment; 3 years of supervised release term; $100 special assessment fee. Entered by Judge R. Brooke Jackson on 9/28/2022. (hguer) (Entered: 09/28/2022) |
| 09/28/2022 | 85 | STATEMENT OF REASONS as to Clifford Lewis. (hguer) (Entered: 09/28/2022) |
| 10/05/2022 | 86 | NOTICE OF APPEAL as to 84 Judgment by Clifford Lewis. (Suelau, Laura) (Entered: 10/05/2022) |
| 10/06/2022 | 87 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 86 Notice of Appeal as to Clifford Lewis to the U.S. Court of Appeals. ( FPD,) (Attachments: # 1 Preliminary Record, # 2 Docket Sheet)(sphil, ) (Entered: 10/06/2022) |
| 10/06/2022 | 88 | USCA Case Number as to Clifford Lewis 22−1336 for 86 Notice of Appeal filed by Clifford Lewis. (sdunb, ) (Entered: 10/07/2022) |