IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00268-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLIFFORD LEWIS,

    Defendant.

## ORDER

The Court has considered the parties' joint motion, brought under 18 U.S.C. § 3582(c)(2), along with the factors set out in 18 U.S.C. § 3553(a) and under U.S.S.G. § 1B1.10, and finds that: 1) the defendant's original guideline range has been lowered by Amendment 821 to the United States Sentencing Guidelines, which has been made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u); 2) the defendant is eligible for relief under 18 U.S.C. § 3582(c)(2) and U.S.S.G. §1B1.10; and 3) the amended guideline range as reflected in the joint motion is correctly calculated.

It is ordered that the joint motion is GRANTED and that the parties' proposed amended sentence is accepted. The previously imposed sentence of 64 months imprisonment is reduced to <u>51 months</u>. All other provisions of the Judgment previously entered shall remain in effect.

An AO 247 Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) will follow.

**IT IS SO ORDERED.**

Dated this 15th day of March, 2024.

BY THE COURT:

*[signature: Brooke Jackson]*